# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

| | |
|---|---|
| *Phone:* | *(212) 885-5130* |
| *Fax:* | *(212) 885-5001* |
| *Email:* | *Martin.Krezalek@BlankRome.com* |

October 18, 2024

**<u>VIA ECF FILING</u>**

The Honorable John P. Cronan
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007-1312

       Re:    *Fernandez v. Buffalo Jackson Trading Co., LLC*, Case No. 1:24-cv-04878-JPC

Dear Judge Cronan,

      Defendant Buffalo Jackson Trading Co., LLC ("Buffalo Jackson"), by and through its undersigned counsel, submits this letter motion, pursuant to Rule 3 (B) of the Court's Individual Rules and Procedures for Civil Cases, requesting a <u>three-day (3) extension of time</u>, until Monday, October 21, to file its motion to dismiss the September 9, 2024 First Amended Complaint.

      On October 1, 2024, the Court issued an Order (ECF No. 11) directing Buffalo Jackson to file its motion by October 18, 2024.

      Due to an illness that has largely incapacitated the undersigned counsel over the past few days, Buffalo Jackson respectfully seeks the adjournment so counsel (who has just recovered) can take the upcoming weekend to finish the papers.

      No previous requests for adjournment or extensions of time have been sought in this case. Buffalo Jackson has sought Plaintiff 's counsel's consent and, given the circumstances (and counsel's previous willingness to extend courtesy), we do not expect any opposition to this modest request.

      The extension sought will make Defendant's new response date, October 21, 2024.

               Respectfully submitted,

               */s/ Martin S. Krezalek*

<span style="color:blue">The request is granted. Defendant's deadline to file its Motion to Dismiss is extended to October 21, 2024. Plaintiff's deadline to file an opposition is extended to November 18, 2024, and Defendant's deadline to file a reply is extended to November 25, 2024. The Clerk of Court is respectfully directed to close Docket Number 12.</span>

<span style="color:blue">SO ORDERED.
Date: October 18, 2024
New York, New York</span>

               JOHN P. CRONAN
               United States District Judge