UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

BUFFALO JACKSON TRADING CO., LLC,

        Defendant.

Case No.: 1:24-cv-04878-JPC

**SECOND DECLARATION OF MARTIN S. KREZALEK IN SUPPORT OF DEFENDANT BUFFALO JACKSON TRADING CO., LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, **MARTIN S. KREZALEK** hereby declare, pursuant to U.S.C. § 1746, that the following is true and correct:

1. I am a Partner at the law firm of Blank Rome LLP, counsel for Defendant Buffalo Jackson Trading Co., LLC ("Buffalo Jackson"), and as such I am fully familiar with the facts and circumstances described herein

2. I submit this Declaration in support of Buffalo Jackson's Motion to Dismiss the First Amended Complaint by Felipe Fernandez ("Plaintiff") (the "FAC," ECF No. 9), pursuant to Fed. R. Civ. P. 12(b) (1) and (6).

3. Attached at **Exhibit 12** is a true and correct copy of the following article: Jack Newsham, *One law firm brought hundreds of website accessibility cases. One of their clients says they 'beefed up' her disability in more than a dozen lawsuits*, BUSINESS INSIDER (August 6, 2021). The same article can also be found online at https://www.businessinsider.com/blindness-web-

165847.00001/151325946v.1

accessibility-lawsuit-law-firm-flaws-screen-reader-ada-2021-8 although it requires a paid subscription to Business Insider.

Dated: November 22, 2024

                                                    /s/ Martin S. Krezalek
                                                  MARTIN S. KREZALEK

165847.00001/151325946v.1