UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
FELIPE FERNANDEZ, on behalf of himself and all                          :
others similarly situated,                                              :
                                                                        :
                                 Plaintiff,                             :
                                                                        :
          -v-                                                           :          24 Civ. 4878 (JPC)
                                                                        :
BUFFALO JACKSON TRADING CO., LLC,                                       :          OPINION AND ORDER
                                                                        :
                                 Defendant.                             :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Felipe Fernandez, who is legally blind, filed this civil action against Buffalo Jackson

Trading Co., LLC ("Buffalo Jackson") seeking relief under Title III of the Americans with

Disabilities Act, the New York State Human Rights Law, and other provisions of the New York

State Civil Rights Law.  Dkt. 1.  Through a First Amended Complaint filed on September 9, 2024,

Fernandez alleges that he was unable to purchase a particular leather jacket (a "Thompson leather

moto jacket") from Buffalo Jackson on April 15, 2024, because the company's e-commerce

website is inaccessible to the blind.  Dkt. 9 ("Am. Compl.") ¶¶ 17-31.  Fernandez says that he

wanted to purchase this jacket because he desired a leather jacket that "would offer both comfort

and a classic aesthetic" and "would suit any look."  *Id.* ¶ 22.  And given the purported high quality

of Buffalo Jackson's products, Fernandez promises that if this litigation is resolved in his favor

and Buffalo Jackson's website is rendered ADA-compliant, he will return to purchase the jacket.

*Id.* ¶¶ 23, 31.  Fernandez enumerates various alleged accessibility barriers on Buffalo Jackson's

website, *id.* ¶¶ 47-52, which "effectively denied [Fernandez] the ability to use and enjoy [Buffalo

Jackson]'s website the same way sighted individuals do," *id.* ¶ 53.

      Buffalo Jackson moves to dismiss this action under Federal Rule of Civil Procedure

12(b)(1) on the ground that Fernandez lacks standing under Article III of the Constitution or, in the alternative, moves to take jurisdictional discovery and requests that the Court hold an evidentiary hearing.  Dkts. 14, 15 ("Motion").[1]  Article III standing, Buffalo Jackson correctly points out, requires the plaintiff to "show that he or she suffered 'an invasion of a legally protected interest' that is 'concrete and particularized' and 'actual or imminent, not conjectural or hypothetical.'"  *Spokeo, Inc. v. Robins*, 578 U.S. 330, 339 (2016) (quoting *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992)); *see* Motion at 6-7.  And in the ADA context, the Second Circuit has held that Article III's injury-in-fact requirement means that the plaintiff must demonstrate three things: (1) a past injury under the ADA; (2) that it is reasonable to infer that the defendant's discriminatory treatment would continue; and (3) that it is reasonable to infer that the plaintiff intends to return to the relevant place of public accommodation.  *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 74 (2d Cir. 2022).  Buffalo Jackson contends that Fernandez has failed to plausibly allege at least the first and third of these requirements.  Motion at 9-21.

Even assuming that Fernandez's allegations, taken as true at this stage, sufficiently plead standing, that is not the end of the story.  Article III standing is not merely a pleading hurdle, but a core constitutional guardrail meant to "ensure[] that federal courts decide only the rights of individuals, and that federal courts exercise their proper function in a limited and separated government."  *TransUnion LLC v. Ramirez*, 594 U.S. 413, 423 (2021) (internal quotation marks and citation omitted).  The requirement of Article III standing, in other words, limits federal

---

[1] Buffalo Jackson also moves to dismiss this action for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6), arguing that its website is not a "place of public accommodation" for purposes of Title III of the ADA, 42 U.S.C. § 12182(a).  Motion at 4, 25; Dkt. 21 (reply brief) at 9-10.  But before addressing the merits of Fernandez's ADA claim, the Court first must determine whether it has jurisdiction to hear this case.  *See United States v. Bond*, 762 F.3d 255, 263 (2d Cir. 2014) ("Subject matter jurisdiction is a 'threshold question that must be resolved . . . before proceeding to the merits.'" (quoting *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 88-89 (1998))).  The Court will address Buffalo Jackson's motion under Rule 12(b)(6), if appropriate, after resolving the question of Fernandez's Article III standing.

jurisdiction to "the power to redress *harms* that defendants cause plaintiffs," as opposed to "a freewheeling power to hold defendants accountable for legal infractions." *Casillas v. Madison Ave. Assocs., Inc.*, 926 F.3d 329, 332 (7th Cir. 2019) (Barrett, J.) (emphasis added); *see TransUnion*, 594 U.S. at 423-24 ("Federal courts do not exercise general legal oversight of . . . private entities."). Thus, Article III does not permit plaintiffs "to roam the country in search of . . . wrongdoing and to reveal their discoveries in federal court" absent a genuine, personal stake in the outcome of the case. *Valley Forge Christian Coll. v. Ams. United for Separation of Church & State, Inc.*, 454 U.S. 464, 487 (1982).

For these reasons, a district court "has considerable latitude in devising the procedures it will follow to ferret out the facts pertinent to jurisdiction" and retains "wide latitude to determine the scope of discovery" of facts relevant to jurisdictional issues. *Broidy Cap. Mgmt. LLC v. Benomar*, 944 F.3d 436, 446 (2d Cir. 2019) (internal quotation marks). In the ADA context in particular, courts in this Circuit have allowed defendants to take jurisdictional discovery pertaining to whether a plaintiff suffered an injury-in-fact in connection with his alleged inability to access a place of public accommodation or about whether the plaintiff's "'professed intent to return' to [the place of public accommodation] is 'genuine'"—notwithstanding the facial sufficiency of the plaintiff's jurisdictional allegations. *Dawkins v. Brandy Libr. Lounge, LLC*, No. 23 Civ. 207 (HG), 2023 WL 8455896, at *6 (E.D.N.Y. Dec. 6, 2023) (quoting *Harty v. Simon Prop. Grp., L.P.*, 428 F. App'x 69, 72 (2d Cir. 2011) (summary order)); *see, e.g.*, *Maddy v. Life Time, Inc.*, No. 22 Civ. 5007 (LJL), 2023 WL 4364488, at *8-9 (S.D.N.Y. July 5, 2023); *Tavarez v. Moo Organic Chocolates, LLC*, 641 F. Supp. 3d 76, 82-83 & nn.6-7 (S.D.N.Y. 2022). In other words, when the plaintiff's allegations and the surrounding circumstances reveal substantial reasons to question the plaintiff's standing, jurisdictional discovery is appropriate to ensure that the relevant website has "actual, specific relevance to that particular plaintiff beyond the plaintiff's desire to seek out and

remedy ADA violations." *Winegard v. Golftec Intell. Prop. LLC*, 674 F. Supp. 3d 21, 26 (E.D.N.Y. 2023) (internal quotation marks omitted).

Here, the Court finds a number of reasons to question the sincerity of Fernandez's jurisdictional allegations and will therefore allow Buffalo Jackson to take jurisdictional discovery and to challenge Fernandez's standing at an evidentiary hearing.

To begin, Fernandez's abnormal purchasing behavior raises serious doubts regarding the accuracy of his allegations that he visited Buffalo Jackson's website with the intent to make a purchase and that, once the company's website is made accessible, he will return to make that purchase. As a basic docket search reveals, Fernandez is a serial litigant: over the past twelve months, he has filed dozens of cases seeking relief under the ADA. Each of his complaints uses the same cookie-cutter, fill-in-the-blanks template and follows substantially the same formula: Fernandez alleges that he accessed a website with the intent to purchase some product, provides a paragraph or two of allegations describing his need or desire for the item, alleges that some combination of features on the website prevented him from completing that purchase, and stresses that once the website is rendered ADA-compliant he will return to purchase the item.

If Fernandez's allegations in these cases are to be believed, then in a one-week period alone, between April 12 and April 18, 2024, he attempted and intended to purchase all of the following products, from a different website each time: the "Thompson leather moto jacket" at issue in this case,[2] a "2 Quart Saucepan with Cover,"[3] a "ProForce Combination Fist/Forearm Guard" from a martial arts store,[4] a type of face powder called the "Invisible Oil Blocking Pressed

---

[2] Am. Compl. ¶ 21.

[3] Dkt. 1 ¶ 21, *Fernandez v. 360 Cookware LLC*, No. 25 Civ. 1847 (VSB) (S.D.N.Y. Mar. 5, 2025).

[4] Dkt. 1 ¶ 21, *Fernandez v. Asian World of Martial Arts, Inc.*, No. 24 Civ. 4882 (NSR) (S.D.N.Y. June 27, 2024).

Powder,"[5] a new bed sheet set called the "Luxe Sateen Starter Sheet Set,"[6] a "cast-iron double dutch oven set,"[7] another dutch oven,[8] an "African Serpentine Necklace,"[9] a "Synthetic Filled Puffy Comforter,"[10] a "Half Moon Crossbody bag,"[11] a pair of men's sandals,[12] another pair of sandals called the "Scobel Closed toe fisherman sandal,"[13] a "Charlie Camp Shirt,"[14] Asian food from two different restaurants,[15] "Organic Arabica Ground Coffee,"[16] a three-piece "NS Pro Nonstick Cookware" set,[17] an "Aromatherapy Pillow Protector,"[18] "an "Olimpia Italian Leather

---

[5] Dkt. 1 ¶ 21, *Fernandez v. Black Opal, LLC*, No. 24 Civ. 7243 (JGK) (S.D.N.Y. Sept. 25, 2024).

[6] Dkt. 1 ¶ 21, *Fernandez v. Brooklinen, Inc.*, No. 24 Civ. 6340 (JAV) (S.D.N.Y. Aug. 22, 2024).

[7] Dkt. 1 ¶ 21, *Fernandez v. STMM, Inc.*, No. 24 Civ. 6338 (AS) (S.D.N.Y. Aug. 22, 2025).

[8] Dkt. 1 ¶ 21, *Fernandez v. Caraway Home, Inc.*, No. 25 Civ. 1846 (JHR) (GS) (S.D.N.Y. Mar. 5, 2025).

[9] Dkt. 1 ¶ 21, *Fernandez v. Chaupai, LLC*, No. 24 Civ. 4175 (PMH) (S.D.N.Y. May 31, 2024).

[10] Dkt. 1 ¶ 21, *Fernandez v. Cuddledown Mktg., LLC*, No. 24 Civ. 6342 (KPF) (S.D.N.Y. Aug. 22, 2024).

[11] Dkt. 1 ¶ 21, *Fernandez v. D.M. Smucker, LLC*, No. 24 Civ. 9011 (DEH) (GS) (S.D.N.Y. Nov. 25, 2024).

[12] Dkt. 1 ¶ 21, *Fernandez v. Delta Shoe Grp., Inc.*, No. 24 Civ. 4881 (KMK) (S.D.N.Y. June 27, 2024).

[13] Dkt. 1 ¶ 21, *Fernandez v. Weyco Grp., Inc.*, No. 24 Civ. 4880 (PMH) (S.D.N.Y. June 27, 2024).

[14] Dkt. 1 ¶ 21, *Fernandez v. Centric W., LLC*, No. 25 Civ. 2643 (KPF) (S.D.N.Y. Mar. 31, 2025).

[15] Dkt. 1 ¶ 21, *Fernandez v. E. Harbor Kitchen, Inc.*, No. 24 Civ. 4172 (CS) (S.D.N.Y. May 31, 2024); Dkt. 1 ¶ 21, *Fernandez v. Great Wall 837, Inc.*, No. 24 Civ. 4171 (NSR) (S.D.N.Y. May 31, 2024).

[16] Dkt. 1 ¶ 21, *Fernandez v. For Wellness Labs, Inc.*, No. 24 Civ. 4884 (CS) (S.D.N.Y. June 27, 2024).

[17] Dkt. 1 ¶ 21, *Fernandez v. Groupe SEB USA*, No. 25 Civ. 1848 (MKV) (S.D.N.Y. March 5, 2025).

[18] Dkt. 1 ¶ 21, *Fernandez v. Fabrictech 2000, LLC*, No. 25 Civ. 2641 (JLR) (S.D.N.Y. Mar. 31, 2025).

Tote Bag,"[19] a "Bianca Tote/crossbody bag,"[20] a "Shy Creation Bracelet,"[21] the "Select by Calphalon Hard-Anodized Nonstick 10-Inch and 12-Inch Fry Pan Set,"[22] a pair of jeans,[23] another pair of jeans called the "Delta Flex Jeans - Straight,"[24] a "Chicago Delicate CZ Silver Bracelet,"[25] a "Market Tote Bag,"[26] a "Classic 9.5″ Stir Fry Pan,"[27] a "Bisonette Buffalo Leather Purse,"[28] an "American Bison Thinfold Leather Wallet,"[29] and a different wallet featuring special "RFID[*i.e.*, radio frequency identification]-blocking capabilities."[30]  Then, between August 19 and August 30, 2024, Fernandez allegedly attempted to purchase each of the following items: unspecified "outdoor

---

[19] Dkt. 1 ¶ 21, *Fernandez v. L'Atelier Glob., LLC*, No. 24 Civ. 7241 (PAE) (S.D.N.Y. Sept. 25, 2024).

[20] Dkt. 1 ¶ 21, *Fernandez v. Latico Trading Corp.*, No. 24 Civ. 9009 (ER) (S.D.N.Y. Nov. 25, 2024).

[21] Dkt. 1 ¶ 21, *Fernandez v. Morgan Jewelers of Salt Lake City, Inc.*, No. 24 Civ. 4173 (KMK) (AEK) (S.D.N.Y. May 31, 2024).

[22] Dkt. 1 ¶ 21, *Fernandez v. Newell Brands, Inc.*, No. 24 Civ. 6339 (ALC) (S.D.N.Y. Aug. 22, 2024).

[23] Dkt. 1 ¶ 21, *Fernandez v. Tracer Bullet, LLC*, No. 25 Civ. 2645 (RA) (S.D.N.Y. Mar. 31, 2025).

[24] Dkt. 1 ¶ 21, *Fernandez v. Origin BJJ, LLC*, No. 24 Civ. 6343 (CS) (S.D.N.Y. Aug. 22, 2024).

[25] Dkt. 1 ¶ 21, *Fernandez v. Paksha, Inc.*, No. 24 Civ. 4177 (CS) (S.D.N.Y. May 31, 2024).

[26] Dkt. 1 ¶ 21, *Fernandez v. Portland Leather Goods, Inc.*, No. 24 Civ. 9007 (VSB) (HJR) (S.D.N.Y. Nov. 25, 2024).

[27] Dkt. 1 ¶ 21, *Fernandez v. Scanpan USA, Inc.*, No. 25 Civ. 1849 (GHW) (S.D.N.Y. Mar. 5, 2025).

[28] Dkt. 1 ¶ 21, *Fernandez v. The Buffalo Billfold Co.*, No. 24 Civ. 7242 (JPC) (S.D.N.Y. Sept. 25, 2024).

[29] Dkt. 1 ¶ 21, *Fernandez v. The Orvis Co., Inc.*, No. 24 Civ. 4180 (CS) (S.D.N.Y. May 31, 2024).

[30] Dkt. 1 ¶¶ 21-23, *Fernandez v. The Ridge Wallet, LLC*, No. 24 Civ. 4178 (NSR) (S.D.N.Y. May 31, 2024).

apparel,"[31] a pair of baseball gloves,[32] a tripod,[33] "Proti-Thin Protein Bars VLC,"[34] a bracelet called the "Lady Gunslinger Cuff,"[35] a plant called the "Black Queen,"[36] another "home plant,"[37] yet another plant,[38] an unspecified "home decor item,"[39] a "Spooky Ghost Trick-or-Treat Puppy,"[40] home accessories including the "holiday town incense cone holder,"[41] an "Original 1227 Mini Table Lamp,"[42] a bedside table,[43] and shampoo and tonic.[44]

For each of these products—which Fernandez sought out from different websites—

---

[31] Dkt. 1 ¶ 21, *Fernandez v. GCP WW Holdco, LLC*, No. 24 Civ. 9006 (LGS) (S.D.N.Y. Nov. 25, 2024).

[32] Dkt. 1 ¶ 21, *Fernandez v. Sports Unlimited, Inc.*, No. 24 Civ. 9004 (LGS) (S.D.N.Y. Nov. 25, 2024).

[33] Dkt. 1 ¶ 21, *Fernandez v. Optics Force, LLC*, No. 24 Civ. 9002 (RA) (S.D.N.Y. Nov. 25, 2024).

[34] Dkt. 1 ¶ 21, *Fernandez v. Nashua Nutrition, LLC*, No. 24 Civ. 7239 (JMF) (SDA) (S.D.N.Y. Sept. 25, 2024).

[35] Dkt. 1 ¶ 21, *Fernandez v. VOGT W. Silver, LTD.*, No. 24 Civ. 7238 (JLR) (S.D.N.Y. Sept. 25, 2024).

[36] Dkt. 1 ¶ 21, *Fernandez v. Logee's Greenhouses, LTD.*, No. 25 Civ. 1449 (GHW) (S.D.N.Y. Feb. 20, 2025).

[37] Dkt. 1 ¶ 21, *Fernandez v. Gardens Alive, Inc.*, No. 24 Civ. 10038 (JAV) (JW) (S.D.N.Y. Dec. 31, 2024).

[38] Dkt. 1 ¶ 21, *Fernandez v. Bloomscape, Inc.*, No. 24 Civ. 10027 (PAE) (SDA) (S.D.N.Y. Dec. 31, 2024).

[39] Dkt. 1 ¶ 21, *Fernandez v. Saatchi Online, Inc., LTD.*, No. 24 Civ. 10035 (JMF) (RWL) (S.D.N.Y. Dec. 31, 2024).

[40] Dkt. 1 ¶ 21, *Fernandez v. Urban Outfitters, Inc.*, No. 24 Civ. 10028 (NSR) (S.D.N.Y. Dec. 31, 2024).

[41] Dkt. 1 ¶ 21, *Fernandez v. Paddywax, LLC*, No. 25 Civ. 2636 (JMF) (SN) (S.D.N.Y. Mar. 31, 2025).

[42] Dkt. 1 ¶ 21, *Fernandez v. The Foundry Home Goods, LLC*, No. 24 Civ. 10031 (PMH) (S.D.N.Y. Dec. 31, 2024).

[43] Dkt. 1 ¶ 21, *Fernandez v. Made Trade Grp., LLC*, No. 24 Civ. 10030 (LJL) (S.D.N.Y. Dec. 31, 2024).

[44] Dkt. 1 ¶ 21, *Fernandez v. Clarins U.S.A., Inc.*, No. 25 Civ. 2638 (JGK) (S.D.N.Y. Mar. 31, 2025).

Fernandez alleges that he accessed the respective website with the genuine intent to complete the purchase, that he was prevented from doing so by virtue of the website's accessibility problems, and that he intends to return to complete the purchase once the website is made compliant with the ADA.

It may, of course, turn out to be true that Fernandez genuinely intended to purchase all of these products from different websites within one week in mid-April 2024 and two weeks in August 2024. And maybe he really does plan to go back and buy all of these products if the websites are made ADA-compliant. But without a good explanation for the apparent weeklong shopping spree that resulted in the attempted purchase that is at issue in this case, the Court has serious doubt on those scores. *See Tavarez*, 641 F. Supp. 3d at 82 n.6 (finding it difficult to believe that an ADA plaintiff "genuinely . . . wished to buy products or services" from a large number of different websites "in a three-month time span").

As set forth in Appendix A, the Court also considers relevant "the broader context of [Fernandez's] transparent cut-and-paste and fill-in-the-blank pleadings." *Calcano*, 36 F.4th at 77. Specifically, it is not lost on the Court that other plaintiffs represented by the law firm that Fernandez retained have allegedly engaged in similarly abnormal purchasing practices, filing complaints relying on substantially the same template that Fernandez uses. For example:

- Jacqueline Fernandez allegedly attempted to purchase twenty-three products between January 11 and January 23, 2024; twenty-two products between June 14 and June 18, 2024; and fourteen products between August 22 and August 29, 2024.

- Justin Valencia allegedly attempted to purchase seventeen products within two weeks in March 2024, ranging from a box of blue staples that he was allegedly searching for a discount on to a high-end Yamaha piano.

- Eslimerari Ramos allegedly attempted to purchase twenty-one products within two weeks

in January 2024, including a kitchen sink, two types of coffee tables, Chicago White Sox memorabilia, and four pendants, including one of the Hindu deity Ganesha made out of 22-karat gold.

- Timothy Hernandez allegedly attempted to purchase eighteen products in June 2024, including three mattresses and two car seats.

- Dale Layne allegedly attempted to purchase sixteen products between April 24 and April 29, 2024, including four spa sessions from different websites.

- Charity Danso allegedly attempted to purchase eleven perfumes on May 7, 2024.

- Clay Lee Jones allegedly attempted to buy eleven products on August 26, 2024, ranging from an aquarium kit to a cherry-banana jam imported from Germany.

- Luis Mercedes allegedly attempted to purchase fifty-one products between June and December 2023.

These are just a few examples of plaintiffs who, using almost exactly the same template as Fernandez, allege that they genuinely attempted to purchase each product from a different website, that each website contained access barriers preventing them from completing the transaction, and that they intend to return to purchase the product from each website once the website is rendered ADA-compliant. Judges in this Circuit have treated the veracity of allegations by other plaintiffs represented by the law firm that Fernandez retained with skepticism, and ordered jurisdictional discovery and evidentiary hearings to test those allegations. *See* Dkt. 21, *Martin v. City Hive, Inc.*, 23 Civ. 4933 (OEM) (E.D.N.Y. July 19, 2024); Dkt. 27, *Mercedes v. Broadway Play Publ'g, Inc.*, 23 Civ. 9519 (JMF) (S.D.N.Y. May 28, 2024). The fact that *Martin* and *Mercedes* were quickly dismissed before the evidentiary hearings could take place only further erodes the Court's confidence that Fernandez will be able to stand behind the jurisdictional allegations in the First

Amended Complaint.  *See* Dkt. 17 ("Krezalek Decl.") ¶ 15.[45]

    Further, the First Amended Complaint contains allegations regarding the accessibility of Buffalo Jackson's website that are in significant tension, if not inconsistent, with each other.  In explaining the basis for Fernandez's desire to buy Buffalo Jackson's products and to return to the company's website in the future, the First Amended Complaint goes on at length about Buffalo Jackson's reputation and the quality of its products.  For instance, Fernandez alleges that Buffalo Jackson "holds [itself] out as an online store renowned for its high-quality leather goods and rugged outdoor apparel" and explains that Buffalo Jackson's website "offer[s] a variety of products including leather jackets, bags, wallets, and accessories that combine classic craftsmanship with durable materials designed for both casual and adventurous lifestyles."  Am. Compl. ¶ 23.  Fernandez also explains that he is attracted to Buffalo Jackson's website because it "offers ten percent off a first purchase."  *Id.*  Similarly, he describes the leather jacket he wanted to buy as satisfying his need for "a high quality leather universal jacket for casual wear and which would suit any look," and which would "offer both comfort and a classic aesthetic" while being "robust and stylish."  *Id.* ¶ 22.  Yet despite this impressive level of insight into Buffalo Jackson's business and the specific leather jacket he allegedly sought to purchase, Fernandez also claims that he was "unable to understand and properly interact with" Buffalo Jackson's website.  *Id.* ¶ 26.  The lack of an explanation for how, despite his professed inability to "understand . . . the website," *id.*, Fernandez acquired such deep knowledge regarding Buffalo Jackson's products and the leather jacket he supposedly wishes to buy, presents an additional reason to question the accuracy of his standing allegations.

    Finally, Fernandez's shifting account of his desire to access and return to Buffalo Jackson's

---

[45] Other ADA website cases, not brought by Fernandez's counsel, have similarly been voluntarily dismissed soon after courts ordered jurisdictional discovery.  Krezalek Decl. ¶¶ 14-15.

website gives the Court further pause.  In his First Amended Complaint, Fernandez explains that he attempted to use Buffalo Jackson's website because "he was looking for a robust and stylish leather jacket that would offer both comfort and a classic aesthetic," and states that he intends to return to Buffalo Jackson's website for the same reason.  *Id.* ¶¶ 22, 31.  Yet in his brief opposing Buffalo Jackson's Motion, Fernandez urges the Court to credit his desire to return to Buffalo Jackson's website in part because of his "interest in clothing sets for his child," Dkt. 19 at 11, an assertion that is nowhere to be found in the First Amended Complaint.  The lack of clarity regarding Fernandez's motives in accessing Buffalo Jackson's website and his reasons for wanting to return to the website further deepens the Court's concern regarding the sincerity of his jurisdictional allegations.

For these reasons, the Court grants Buffalo Jackson's Motion only to the extent that the company seeks to take jurisdictional discovery and to have the Court conduct an evidentiary hearing concerning Fernandez's allegations of past injury under the ADA and intent to return to its website in the future.  But to be clear, the Court's reluctance to accept the First Amended Complaint's standing allegations at face value is not just because Fernandez may be a "tester" plaintiff or because of the volume of ADA cases that he has filed.  To the contrary, "[t]he law is clear that testers can have standing" to sue under the ADA, *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 444 n.3 (2d Cir. 2022), and filing a large number of cases does not necessarily suggest a lack of standing.  Instead, it is Fernandez's questionable shopping pattern that encompassed his alleged attempt to purchase the leather jacket from Buffalo Jackson's website, the broader context of his largely cut-and-paste allegations, the tension between certain of his standing-related allegations, and his inconsistent explanations for why he wants to return to Buffalo Jackson's website in the future that counsel in favor of a more searching standing inquiry in this case.

Accordingly, the Court will allow jurisdictional discovery pertaining to whether Fernandez

suffered an injury-in-fact in connection with his alleged attempts to purchase a leather jacket from Buffalo Jackson's website and whether he has a genuine intent to return to the company's website in the future.  That discovery may include, among other things, a deposition of Fernandez and a forensic examination of the device(s) he used to search for and/or access Buffalo Jackson's website.[46]  The deadline to complete this jurisdictional discovery is May 14, 2025.  The parties shall promptly confer regarding such discovery, and shall submit a joint letter to the Court no later than April 18, 2025, indicating whether they have reached agreement on the scope and timing of such discovery or, if not, the matters in dispute.  On or before May 21, 2025, the parties shall file a Joint Pre-Hearing Order that sets out the parties' respective positions, summarizes the evidence to be presented at the hearing, and lists the witnesses each side expects to call and the exhibits each side intends to rely on.  The Court will hold the evidentiary hearing at 2:00 p.m. on May 28, 2025, in Courtroom 12D at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 14.

SO ORDERED.

Dated: April 14, 2025
       New York, New York

JOHN P. CRONAN
United States District Judge

---

[46] Buffalo Jackson also requests that discovery extend to Fernandez's counsel's "pre-suit visits" to the company's website.  Motion at 24.  That request is denied without prejudice.  Should such discovery prove necessary and appropriate in the future, Buffalo Jackson may reraise the request.

## Appendix A – Sample ADA Website Cases Filed by Stein Saks, PLLC

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Wahab v. The Nut House, LLC* | 23 Civ. 5540 | S.D.N.Y. | 6/28/2023 | Angela Wahab | Chocolate Amaretto Pecans (12 oz.) | 4/5/2023 | 5/3/2023 |
| *Wahab v. Candle-Lite Company, LLC* | 23 Civ. 5543 | S.D.N.Y. | 6/28/2023 | Angela Wahab | Pumpkin Nutmeg Pie Candle | 4/24/2023 | 6/8/2023 |
| *Wahab v. Green Family Enterprises, Inc.* | 23 Civ. 5544 | S.D.N.Y. | 6/28/2023 | Angela Wahab | Vintage Heirloom Dishtowels | 5/1/2023 | 6/8/2023 |
| *Wahab v. Distinctive Decor, LLC* | 23 Civ. 5545 | S.D.N.Y. | 6/28/2023 | Angela Wahab | Lladro Arabesque Eight-Sided Mirror | 5/7/2023 | 5/27/2023 |
| *Wahab v. Shoe Carnival, Inc.* | 23 Civ. 5618 | S.D.N.Y. | 6/30/2023 | Angela Wahab | Women's Easy Street Lobo Sandals | 5/8/2023 | 6/14/2023 |
| *Wahab v. Tree Juice Maple Syrup, LLC* | 23 Civ. 5622 | S.D.N.Y. | 6/30/2023 | Angela Wahab | Zesty Lemon Maple Syrup | 5/14/2023 | 6/10/2023 |
| *Wahab v. Pepper's Performance Eyewear, Inc.* | 23 Civ. 7459 | S.D.N.Y. | 8/23/2023 | Angela Wahab | Tokyo Sunglasses | 6/2/2023 | 7/2/2023 |
| *Wahab v. The Juice Plus+ Company, LLC* | 23 Civ. 7456 | S.D.N.Y. | 8/23/2023 | Angela Wahab | Berry Blend Essential Capsules | 6/4/2023 | 7/12/2023 |
| *Wahab v. Great Healthworks, Inc.* | 23 Civ. 7453 | S.D.N.Y. | 8/23/2023 | Angela Wahab | Omega XL Bundle (Omega XL 60ct BOGO and Vitamin XL D3 30ct) | 6/12/2023 | 7/22/2023 |
| *Wahab v. RHG & Company, Inc.* | 23 Civ. 7449 | S.D.N.Y. | 8/23/2023 | Angela Wahab | Vitamin D3 10,000IU | 6/14/2023 | 7/21/2023 |
| *Wahab v. Walking Depot Corporation* | 23 Civ. 7461 | S.D.N.Y. | 8/23/2023 | Angela Wahab | Birkenstock Boston Soft Footbed - Suede | 6/21/2023 | 7/21/2023 |
| *Wahab v. Wolverine World Wide, Inc.* | 23 Civ. 7464 | S.D.N.Y. | 8/23/2023 | Angela Wahab | Women's Hazel Pointe Flat | 6/21/2023 | 7/21/2023 |
| *Wahab v. Bio Innovations, LP.* | 23 Civ. 8549 | S.D.N.Y. | 9/28/2023 | Angela Wahab | Women's Daily Nutrition, 60 Tablets | 7/21/2023 | 9/10/2023 |
| *Wahab v. Spirit Manufacturing, Inc.* | 23 Civ. 8314 | S.D.N.Y. | 9/20/2023 | Angela Wahab | XBU55 Upright Bike | 8/6/2023 | 9/4/2023 |
| *Wahab v. Wide World of Golf, Inc.* | 23 Civ. 9016 | S.D.N.Y. | 10/13/2023 | Angela Wahab | Tour Edge Exotics E723 Irons Club | 9/4/2023 | 9/28/2023 |
| *Wahab v. The Workingman's Store, Inc.* | 23 Civ. 10124 | S.D.N.Y. | 11/17/2023 | Angela Wahab | Rebar Graphic Printed Hoody in Heather Grey Camo by Ariat | 9/4/2023 | 10/26/2023 |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Wahab v. White's Boots, Inc.* | 23 Civ. 9018 | S.D.N.Y. | 10/13/2023 | Angela Wahab | Women's Line Scout Lace-to-Toe Boots | 9/28/2023 | 9/30/2023 |
| *Wahab v. Northwest Outlet, Inc.* | 23 Civ. 11118 | S.D.N.Y. | 12/22/2023 | Angela Wahab | Dakota Grizzly Men's Grant Flannel Shirt | 10/26/2023 | 12/11/2023 |
| *Wahab v. Once Upon a Book Club, LLC* | 23 Civ. 11120 | S.D.N.Y. | 12/22/2023 | Angela Wahab | Halloween-Themed Book and *A Royal Christmas Fairy Tale* | 11/5/2023 | 12/11/2023 |
| *Wahab v. Shelving Inc.* | 24 Civ. 378 | S.D.N.Y. | 1/18/2024 | Angela Wahab | 6" ShelfMax Akro Bins - Blue | 11/5/2023 | 12/17/2023 |
| *Wahab v. Millan Enterprises, LLC* | 24 Civ. 1 | S.D.N.Y. | 1/2/2024 | Angela Wahab | Traditional Oak 3 Drawer Nightstand | 11/30/2023 | 12/17/2023 |
| *Wahab v. Blabla, LLC* | 24 Civ. 377 | S.D.N.Y. | 1/18/2024 | Angela Wahab | Toulouse the Red Panda | 12/17/2023 | 12/22/2023 |
| *Wahab v. Health Extension, LLC* | 24 Civ. 381 | S.D.N.Y. | 1/18/2024 | Angela Wahab | Grain Free Turkey & Salmon Recipe Cat Food | 12/18/2023 | 12/29/2023 |
| *Wahab v. Tanner, Inc.* | 24 Civ. 383 | S.D.N.Y. | 1/18/2024 | Angela Wahab | Broken Crab Grab Bag | 12/18/2023 | 12/29/2023 |
| *Wahab v. Surya Nature, Inc.* | 24 Civ. 384 | S.D.N.Y. | 1/18/2024 | Angela Wahab | Henna Powder Mahogany Surya Brasil 1.76oz Hair Dye | 12/29/2023 | 1/1/2024 |
| *Wahab v. Perelman's Family Jewelry, Inc.* | 24 Civ. 385 | S.D.N.Y. | 1/18/2024 | Angela Wahab | Men's Diamond Ring (Sterling Silver 1/10 Carat Total Weight Diamond with 8X6mm Emerald Shaped Black Onyx Center Surrounded by Rounds) | 1/1/2024 | 1/4/2024 |
| *Wahab v. 1818 Farms, LLC* | 24 Civ. 580 | S.D.N.Y. | 1/26/2024 | Angela Wahab | Hand-Crafted Soap | 1/1/2024 | 1/4/2024 |
| *Wahab v. Incense Warehouse, LLC* | 24 Civ. 577 | S.D.N.Y. | 1/26/2024 | Angela Wahab | Essential Essences - Angelic Visions Stick Incense | 1/4/2024 | 1/8/2024 |
| *Wahab v. Galleria Nuvo, Inc.* | 24 Civ. 582 | S.D.N.Y. | 1/26/2024 | Angela Wahab | Medium Hammered Tear Drop Nu Gold Earrings | 1/11/2024 | 1/15/2024 |
| *Wahab v. Karen Lazar Design, Inc.* | 24 Civ. 584 | S.D.N.Y. | 1/26/2024 | Angela Wahab | Pink Tourmaline Ring with Rondelles | 1/11/2024 | 1/15/2024 |
| *Wahab v. Aaven Products, Inc.* | 24 Civ. 700 | S.D.N.Y. | 1/31/2024 | Angela Wahab | Freematic Blush Mono Powder and Lovestruck Matte Liquid Lipstick | 1/16/2024 | 1/18/2024 |
| *Wahab v. Clinique Laboratories, LLC* | 24 Civ. 701 | S.D.N.Y. | 1/31/2024 | Angela Wahab | Even Better Clinical Serum Foundation Broad Spectrum SPF 25 | 1/16/2024 | 1/18/2024 |
| *Wahab v. Luster Products, Inc.* | 24 Civ. 1399 | S.D.N.Y. | 2/23/2024 | Angela Wahab | Scurl Free Flow Instant Moisturizer | 2/5/2024 | 2/12/2024 |

2

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Wahab v. The Gardener Cheese Company, Inc.* | 24 Civ. 1395 | S.D.N.Y. | 2/23/2024 | Angela Wahab | Creamy Scallion French-Style Cashew Cheese | 2/5/2024 | 2/12/2024 |
| *Wahab v. UV Skinz, Inc.* | 24 Civ. 1559 | S.D.N.Y. | 2/29/2024 | Angela Wahab | Women's Hooded Water Jacket | 2/5/2024 | 2/12/2024 |
| *Wahab v. VM E-Commerce, Inc.* | 24 Civ. 1558 | S.D.N.Y. | 2/29/2024 | Angela Wahab | Pablo Ruffle Blouse | 2/5/2024 | 2/12/2024 |
| *Wahab v. Bright Leathers, LLC* | 24 Civ. 1599 | S.D.N.Y. | 3/1/2024 | Angela Wahab | Teresa Loafers | 2/15/2024 | |
| *Wahab v. Jeans Warehouse, Inc.* | 24 Civ. 1601 | S.D.N.Y. | 3/1/2024 | Angela Wahab | Keep Dreaming Sandals | 2/15/2024 | |
| *Wahab v. Sunfood Corporation* | 24 Civ. 1791 | S.D.N.Y. | 3/8/2024 | Angela Wahab | Supergreens & Protein Organic Plant-Based Protein Blend | 2/20/2024 | |
| *Wahab v. Fantasia Industries Corp.* | 24 Civ. 1798 | S.D.N.Y. | 3/8/2024 | Angela Wahab | Avocado Cilantro Oil | 2/23/2024 | |
| *Wahab v. MIG Furniture, Inc.* | 24 Civ. 1792 | S.D.N.Y. | 3/8/2024 | Angela Wahab | Manual Recliner Armchair Touring by IL Benessere | 2/23/2024 | |
| *Wahab v. Solve It! Think Out of the Box!* | 24 Civ. 1795 | S.D.N.Y. | 3/8/2024 | Angela Wahab | Koncy Wooden Puzzle - Brain Teaser | 2/23/2024 | |
| *Wahab v. Belgo Holdings, LLC* | 24 Civ. 1846 | S.D.N.Y. | 3/12/2024 | Angela Wahab | Connoisseur Box Liège Wafels | 2/26/2024 | |
| *Wahab v. Executive Gift Shoppe, Inc.* | 24 Civ. 1844 | S.D.N.Y. | 3/12/2024 | Angela Wahab | Scales of Justice Emblem Personalized 30 Ounce Tumbler | 2/26/2024 | |
| *Wahab v. Jaav, Inc.* | 24 Civ. 1959 | S.D.N.Y. | 3/15/2024 | Angela Wahab | Icon Low Glitter Boots, from Moon Boot | 2/28/2024 | |
| *Wahab v. Aedes De Venustas, Inc.* | 24 Civ. 2399 | S.D.N.Y. | 3/29/2024 | Angela Wahab | Perfume (Buveur De Vent - Eau De Parfum) | 3/21/2024 | |
| *Wahab v. Exotic World of Fragrances, Inc.* | 24 Civ. 2392 | S.D.N.Y. | 3/29/2024 | Angela Wahab | Glazed Donut (U) (Type) Fragrance | 3/21/2024 | |
| *Wahab v. The Oil Bar, LLC* | 24 Civ. 3156 | S.D.N.Y. | 4/25/2024 | Angela Wahab | Sensitive Skin Exfoliating Cream | 3/26/2024 | |
| *Wahab v. A.P.P. Group, Inc.* | 24 Civ. 3781 | S.D.N.Y. | 5/16/2024 | Angela Wahab | Jacket ("Steven" Medium Down Jacket with Cashmere Blend Shell) | 4/22/2024 | |
| *Wahab v. Min New York, Inc.* | 24 Civ. 3779 | S.D.N.Y. | 5/16/2024 | Angela Wahab | Perfume (Astronomy Domine) | 4/22/2024 | |
| *Wahab v. Beyond, Inc.* | 24 Civ. 3786 | S.D.N.Y. | 5/16/2024 | Angela Wahab | Harmony Daybed with King Conversion | 4/30/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Wahab v. Good Boy Bob, Inc.* | 24 Civ. 3784 | S.D.N.Y. | 5/16/2024 | Angela Wahab | Coffee (Mauricio Shattah Finca Negrita Wush Wush) | 4/30/2024 | |
| *Wahab v. Kwan Hoon, Inc.* | 24 Civ. 4185 | S.D.N.Y. | 5/31/2024 | Angela Wahab | Coffee (Mexico, Medium Roast) | 4/30/2024 | |
| *Wahab v. Meyer Corporation, U.S.* | 24 Civ. 4188 | S.D.N.Y. | 5/31/2024 | Angela Wahab | Coffee Maker (Yosemite Percolator) | 4/30/2024 | |
| *Wahab v. San Marco Coffee, Inc.* | 24 Civ. 5805 | S.D.N.Y. | 7/31/2024 | Angela Wahab | Coffee (Almond Cookie) | 4/30/2024 | |
| *Wahab v. Uncommon Grounds Coffee & Tea, Inc.* | 24 Civ. 5804 | S.D.N.Y. | 7/31/2024 | Angela Wahab | Genmaicha Tea | 4/30/2024 | |
| *Wahab v. Royal Appliance MFG., Co.* | 24 Civ. 3791 | S.D.N.Y. | 5/16/2024 | Angela Wahab | Vacuum Cleaner (Multi-Surface Rewind + Upright Vacuum) | 5/2/2024 | |
| *Wahab v. Best Vacuum and Appliances, LLC* | 24 Civ. 4207 | S.D.N.Y. | 6/3/2024 | Angela Wahab | Vacuum Cleaner (Miele TriFlex HX1 Facelift Graphite Grey) | 5/2/2024 | |
| *Wahab v. Kirby Opco, LLC* | 24 Civ. 5812 | S.D.N.Y. | 7/31/2024 | Angela Wahab | Home Cleaning System (Kirby Avalir 2) | 5/2/2024 | |
| *Wahab v. Paul Frederick Menstyle, LLC* | 24 Civ. 4694 | S.D.N.Y. | 6/20/2024 | Angela Wahab | Belt (Crocodile Embossed with Changeable Buckle Belt) | 5/8/2024 | |
| *Wahab v. Rikco International, LLC* | 24 Civ. 4697 | S.D.N.Y. | 6/20/2024 | Angela Wahab | Diabetic Socks (Everyday Style Classic Chevron) | 5/8/2024 | |
| *Wahab v. Viasox, LLC* | 24 Civ. 4695 | S.D.N.Y. | 6/20/2024 | Angela Wahab | Diabetic Socks (Spirit Bear) | 5/8/2024 | |
| *Wahab v. Sea to Summit North America, LLC* | 24 Civ. 4698 | S.D.N.Y. | 6/20/2024 | Angela Wahab | Trek Down Sleeping Bag | 5/13/2024 | |
| *Wahab v. Direct Marketing Ventures, LLC* | 24 Civ. 4700 | S.D.N.Y. | 6/20/2024 | Angela Wahab | Backpack (Baltoro 75) | 5/16/2024 | |
| *Wahab v. Spray Moret, LLC* | 24 Civ. 4703 | S.D.N.Y. | 6/20/2024 | Angela Wahab | Backpack (Path To The Future III) | 5/16/2024 | |
| *Wahab v. Evolutions Hair Salon, LLC* | 24 Civ. 5641 | S.D.N.Y. | 7/25/2024 | Angela Wahab | Olaplex Shampoo | 5/20/2024 | |
| *Wahab v. Lovely Skin, Inc.* | 24 Civ. 5644 | S.D.N.Y. | 7/25/2024 | Angela Wahab | L'anza Healing Curls Butter Shampoo | 5/20/2024 | |
| *Danso v. A Secret Admirer NY, Inc.* | 23 Civ. 9901 | S.D.N.Y. | 11/9/2023 | Charity Danso | Tocca Cleopatra Collection Gift Set | 10/14/2023 | 10/25/2023 |
| *Danso v. Minnie Rose, LLC* | 23 Civ. 9904 | S.D.N.Y. | 11/9/2023 | Charity Danso | Cashmere Long Sleeve Shrunken V-Neck | 10/24/2023 | 10/25/2023 |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|-----------|---------------|----------|-------------|-----------|-----------------------------------|---------------------------|---------------------------|
| *Danso v. Greenleaf Steel Rule Die Corporation* | 23 Civ. 10133 | S.D.N.Y. | 11/17/2023 | Charity Danso | Dining Room Furniture Kit | 10/28/2023 | 10/31/2023 |
| *Danso v. Midnight Moon Co., Inc.* | 23 Civ. 10135 | S.D.N.Y. | 11/17/2023 | Charity Danso | Coffee (Guatemala La Colmenita) | 11/4/2023 | 11/10/2023 |
| *Danso v. Hester & Cook Design Group, Inc.* | 24 Civ. 203 | S.D.N.Y. | 1/10/2024 | Charity Danso | Lattice Table Mat | 11/10/2023 | 12/28/2023 |
| *Danso v. Aero Diamonds, LLC* | 24 Civ. 3162 | S.D.N.Y. | 4/25/2024 | Charity Danso | Jewelry (Anais Midi Studs Earrings) | 3/26/2024 | |
| *Danso v. AR Klean, LLC* | 24 Civ. 3158 | S.D.N.Y. | 4/25/2024 | Charity Danso | Laundry Services | 3/26/2024 | |
| *Danso v. Bolt Laundry Service, LLC* | 24 Civ. 3157 | S.D.N.Y. | 4/25/2024 | Charity Danso | Laundry Services | 3/26/2024 | |
| *Danso v. On The Go Laundry NYC Corp.* | 24 Civ. 3159 | S.D.N.Y. | 4/25/2024 | Charity Danso | Laundry Services | 3/26/2024 | |
| *Danso v. Caro Home, LLC* | 24 Civ. 3164 | S.D.N.Y. | 4/25/2024 | Charity Danso | Towels (Coventry: The Sustainable Towel) | 4/9/2024 | |
| *Danso v. Cosy House, LLC* | 24 Civ. 3167 | S.D.N.Y. | 4/25/2024 | Charity Danso | Bed Sheets | 4/9/2024 | |
| *Danso v. Grand Central Optical 340 Madison Corp.* | 24 Civ. 3163 | S.D.N.Y. | 4/25/2024 | Charity Danso | Sunglasses (Tiffany TF4076) | 4/9/2024 | |
| *Danso v. Hawkins New York, LLC* | 24 Civ. 3166 | S.D.N.Y. | 4/25/2024 | Charity Danso | Bed Sheets (Essential Percale Sheet Set) | 4/9/2024 | |
| *Danso v. Adir International, Inc.* | 24 Civ. 4021 | S.D.N.Y. | 5/24/2024 | Charity Danso | Perfume (Dolce & Gabbana Light Blue Intense Women's 1.7 oz Eau de Parfum) | 5/7/2024 | |
| *Danso v. Dom Stores, LLC* | 24 Civ. 4019 | S.D.N.Y. | 5/24/2024 | Charity Danso | Perfume (Lovely by Sarah Jessica Parker 5 oz Eau de Parfum Spray for Women) | 5/7/2024 | |
| *Danso v. Perf Opco, LLC* | 24 Civ. 4017 | S.D.N.Y. | 5/24/2024 | Charity Danso | Perfume (Romance Eau de Parfum Spray for Women by Ralph Lauren) | 5/7/2024 | |
| *Danso v. Belk, Inc.* | 24 Civ. 4184 | S.D.N.Y. | 5/31/2024 | Charity Danso | Perfume (Romance Ladies by Ralph Lauren EDP Spray) | 5/7/2024 | |
| *Danso v. Designs By Millo, Inc.* | 24 Civ. 4182 | S.D.N.Y. | 5/31/2024 | Charity Danso | Perfume (Blanche Eau de Parfum) | 5/7/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Danso v. Prai Beauty Group, Inc.* | 24 Civ. 4181 | S.D.N.Y. | 5/31/2024 | Charity Danso | Perfume (Scent of a Woman Eau de Parfum) | 5/7/2024 | |
| *Danso v. L'Oreal USA* | 24 Civ. 4692 | S.D.N.Y. | 6/20/2024 | Charity Danso | Perfume (Donna Born in Roma Coral Fantasy Eau de Parfum) | 5/7/2024 | |
| *Danso v. Perfume Outlet Dot Com, LLC* | 24 Civ. 4693 | S.D.N.Y. | 6/20/2024 | Charity Danso | Perfume (Jimmy Choo Blossom Eau de Parfum) | 5/7/2024 | |
| *Danso v. Fragrancex.com, Inc.* | 24 Civ. 5803 | S.D.N.Y. | 7/31/2024 | Charity Danso | Perfume (Light Blue Perfume) | 5/7/2024 | |
| *Danso v. Zhu Enterprises, Inc.* | 24 Civ. 5802 | S.D.N.Y. | 7/31/2024 | Charity Danso | Perfume (Lovely by Sarah Jessica Parker, 6.7 oz Eau de Parfum Spray for Women) | 5/7/2024 | |
| *Danso v. Telescents, Inc.* | 25 Civ. 1552 | S.D.N.Y. | 2/24/2025 | Charity Danso | Perfume (Lovely Sarah Jessica Parker Eau de Parfum Spray) | 5/7/2024 | |
| *Jones v. Promenade Group, Inc.* | 25 Civ. 1839 | S.D.N.Y. | 3/5/2025 | Clay Lee Jones | Flowers (Rose Bouquet) | 6/1/2024 | |
| *Jones v. Dita, Inc.* | 24 Civ. 5867 | S.D.N.Y. | 8/1/2024 | Clay Lee Jones | Mach-Six Sunglasses | 6/8/2024 | |
| *Jones v. IICombined U.S.A., Inc.* | 24 Civ. 5869 | S.D.N.Y. | 8/1/2024 | Clay Lee Jones | Maison Margiela - MM106 Leather L01 Sunglasses | 6/8/2024 | |
| *Jones v. Moscot.com, LLC* | 25 Civ. 1843 | S.D.N.Y. | 3/5/2025 | Clay Lee Jones | Sunglasses (Gelt Sun) | 6/8/2024 | |
| *Jones v. Royal-TL, Inc.* | 25 Civ. 1842 | S.D.N.Y. | 3/5/2025 | Clay Lee Jones | Sunglasses (Autocracy) | 6/8/2024 | |
| *Jones v. Brain Dead Amusements, LLC* | 24 Civ. 9069 | S.D.N.Y. | 11/26/2024 | Clay Lee Jones | Athletic Shoes | 6/22/2024 | |
| *Jones v. Little Greene Corporation* | 24 Civ. 9068 | S.D.N.Y. | 11/26/2024 | Clay Lee Jones | Wall Paint | 6/22/2024 | |
| *Jones v. Nobull, LLC* | 24 Civ. 9072 | S.D.N.Y. | 11/26/2024 | Clay Lee Jones | Sneakers (Men's Nobull Impact) | 6/22/2024 | |
| *Jones v. JH Wall Paints* | 25 Civ. 1845 | S.D.N.Y. | 3/5/2025 | Clay Lee Jones | Wall Paint | 6/22/2024 | |
| *Jones v. Feit Industries, LLC* | 24 Civ. 9227 | S.D.N.Y. | 12/3/2024 | Clay Lee Jones | Shoes (Classic Slip-On) | 8/26/2024 | |
| *Jones v. My Turtle Store, LLC* | 24 Civ. 9224 | S.D.N.Y. | 12/3/2024 | Clay Lee Jones | Aquarium Kit (Basic 10 Gallon Aquarium Kit) | 8/26/2024 | |
| *Jones v. Nature's Way Brands, LLC* | 24 Civ. 9225 | S.D.N.Y. | 12/3/2024 | Clay Lee Jones | Joint Supplement (Joint Movement Glucosamine) | 8/26/2024 | |
| *Jones v. RCW, Inc.* | 24 Civ. 9232 | S.D.N.Y. | 12/3/2024 | Clay Lee Jones | Loafers (The Filare) | 8/26/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Jones v. Davie Group Trading (USA), Inc.* | 24 Civ. 10039 | S.D.N.Y. | 12/31/2024 | Clay Lee Jones | Outdoor Gear (MSR Advance Pro 2-Person Mountaineering Tent) | 8/26/2024 | |
| *Jones v. Yummy Bazaar, Inc.* | 24 Civ. 10040 | S.D.N.Y. | 12/31/2024 | Clay Lee Jones | Jam (Cherry Banana Jam by Mühlhauser from Germany) | 8/26/2024 | |
| *Jones v. Bulletproof 360, Inc.* | 25 Civ. 2693 | S.D.N.Y. | 4/1/2025 | Clay Lee Jones | Ground Coffee | 8/26/2024 | |
| *Jones v. Greats Brand, Inc.* | 25 Civ. 2688 | S.D.N.Y. | 4/1/2025 | Clay Lee Jones | Loafers (The Filare) | 8/26/2024 | |
| *Jones v. Sunwarrior Ventures, LLC* | 25 Civ. 2690 | S.D.N.Y. | 4/1/2025 | Clay Lee Jones | Protein Powder (Active Protein) | 8/26/2024 | |
| *Jones v. The Serpentarium, LLC* | 25 Civ. 2689 | S.D.N.Y. | 4/1/2025 | Clay Lee Jones | Mister-Pump Sprayer | 8/26/2024 | |
| *Jones v. Weby Corp.* | 25 Civ. 2692 | S.D.N.Y. | 4/1/2025 | Clay Lee Jones | Eberlestock Mainframe Backpack | 8/26/2024 | |
| *Jones v. American Giant, Inc.* | 24 Civ. 8349 | S.D.N.Y. | 11/1/2024 | Clay Lee Jones | Fleece Bomber Jacket | 9/3/2024 | |
| *Jones v. Barefoot Creations, LLC* | 24 Civ. 8347 | S.D.N.Y. | 11/1/2024 | Clay Lee Jones | Adult Roo Moccasins | 9/3/2024 | |
| *Jones v. The Ski Hut, Inc.* | 24 Civ. 8338 | S.D.N.Y. | 11/1/2024 | Clay Lee Jones | Snowboard (Huck Knife) | 9/3/2024 | |
| *Jones v. Nomatic, Inc.* | 24 Civ. 10042 | S.D.N.Y. | 12/31/2024 | Clay Lee Jones | Backpack | 9/3/2024 | |
| *Jones v. Rebel Rags, LLC* | 25 Civ. 1841 | S.D.N.Y. | 3/5/2025 | Clay Lee Jones | Hat (Ole Miss Mid Pro Snapback Cap) | 9/3/2024 | |
| *Layne v. Asian King 2827, Inc.* | 24 Civ. 4599 | E.D.N.Y. | 6/28/2024 | Dale Layne | Restaurant Order | 4/24/2024 | |
| *Layne v. Brother Asian Cuisine, Inc* | 24 Civ. 4600 | E.D.N.Y. | 6/28/2024 | Dale Layne | Restaurant Order | 4/24/2024 | |
| *Layne v. Gentlemen's Barbershop USA 1, Inc.* | 24 Civ. 4596 | E.D.N.Y. | 6/28/2024 | Dale Layne | Barbershop Appointment | 4/24/2024 | |
| *Layne v. Brooklyn 86th Fitness Corp.* | 24 Civ. 8251 | E.D.N.Y. | 11/27/2024 | Dale Layne | Fitness Club Membership | 4/24/2024 | |
| *Layne v. Otis & Finn, LLC* | 25 Civ. 1063 | E.D.N.Y. | 2/25/2025 | Dale Layne | Barbershop Appointment | 4/24/2024 | |
| *Layne v. Lakou Brands, LLC* | 24 Civ. 4601 | E.D.N.Y. | 6/28/2024 | Dale Layne | Restaurant Order | 4/26/2024 | |
| *Layne v. Vegan Grill, Inc.* | 24 Civ. 4602 | E.D.N.Y. | 6/28/2024 | Dale Layne | Restaurant Order | 4/26/2024 | |
| *Layne v. World Spa Entertainment, LLC* | 24 Civ. 8250 | E.D.N.Y. | 11/27/2024 | Dale Layne | Spa Membership | 4/26/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Layne v. Elan Salon & Day Spa Corp.* | 25 Civ. 1068 | E.D.N.Y. | 2/25/2025 | Dale Layne | Spa Session | 4/26/2024 | |
| *Layne v. Green Spa New York, Inc.* | 25 Civ. 1065 | E.D.N.Y. | 2/25/2025 | Dale Layne | Spa Session | 4/26/2024 | |
| *Layne v. Overture Systems, Inc.* | 25 Civ. 1773 | E.D.N.Y. | 3/31/2025 | Dale Layne | Spa Session | 4/26/2024 | |
| *Layne v. Sun and Sky 24-00007, Inc.* | 25 Civ. 1772 | E.D.N.Y. | 3/31/2025 | Dale Layne | Spa Session | 4/26/2024 | |
| *Layne v. Blick Art Materials, LLC* | 25 Civ. 17 | E.D.N.Y. | 1/2/2025 | Dale Layne | Blick Studio Stretched Cotton Canvas | 4/29/2024 | |
| *Layne v. Brooklyn Craft Productions, LLC* | 25 Civ. 21 | E.D.N.Y. | 1/2/2025 | Dale Layne | Peaches Mojave Needle Felting Kit | 4/29/2024 | |
| *Layne v. Leroys Place, LLC* | 25 Civ. 1768 | E.D.N.Y. | 3/31/2025 | Dale Layne | Hand Knit Monster Hat | 4/29/2024 | |
| *Layne v. Soho Art Material, Inc.* | 25 Civ. 1771 | E.D.N.Y. | 3/31/2025 | Dale Layne | White Pad | 4/29/2024 | |
| *Ramos v. Diamonds on Wabash, Inc.* | 24 Civ. 1729 | N.D. Ill. | 2/29/2024 | Eslimerari Ramos | Pendants | 1/19/2024 | |
| *Ramos v. Eco-Chic, LLC* | 24 Civ. 1730 | N.D. Ill. | 2/29/2024 | Eslimerari Ramos | Niacinamide + Biotin Booster | 1/19/2024 | |
| *Ramos v. Jones Bros Jewelry, Inc.* | 24 Civ. 2838 | N.D. Ill. | 4/9/2024 | Eslimerari Ramos | Jewelry Pendant | 1/19/2024 | |
| *Ramos v. The Cato Corporation* | 24 Civ. 2837 | N.D. Ill. | 4/9/2024 | Eslimerari Ramos | Tank Top | 1/19/2024 | |
| *Ramos v. Rotofugi, Inc.* | 24 Civ. 1731 | N.D. Ill. | 2/29/2024 | Eslimerari Ramos | Frozen Treats Unicorno Blind Box | 1/22/2024 | |
| *Ramos v. Bella Cosa, Inc* | 24 Civ. 1738 | N.D. Ill. | 3/1/2024 | Eslimerari Ramos | Pendant | 1/22/2024 | |
| *Ramos v. Carnitas Don Alfredo, Inc.* | 24 Civ. 1747 | N.D. Ill. | 3/1/2024 | Eslimerari Ramos | Restaurant Visit | 1/22/2024 | |
| *Ramos v. TCL North America, Inc.* | 24 Civ. 1745 | N.D. Ill. | 3/1/2024 | Eslimerari Ramos | Angelic 22 Karat Gold Ganesha Pendant | 1/22/2024 | |
| *Ramos v. The Buckle, Inc.* | 24 Civ. 1743 | N.D. Ill. | 3/1/2024 | Eslimerari Ramos | Woven Print Tank Top | 1/22/2024 | |
| *Ramos v. Timeless Enterprises, Ltd* | 24 Civ. 1741 | N.D. Ill. | 3/1/2024 | Eslimerari Ramos | 101 Things to Spot At the Zoo 101 Piece Puzzle | 1/22/2024 | |
| *Ramos v. Triad Catalog Co., LLC* | 24 Civ. 1744 | N.D. Ill. | 3/1/2024 | Eslimerari Ramos | Aria Velvet Jacket | 1/22/2024 | |
| *Ramos v. Art of Pure, LLC* | 24 Civ. 2843 | N.D. Ill. | 4/9/2024 | Eslimerari Ramos | Lip Balm with Sunscreen | 1/26/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Ramos v. Cecil Sport Equipment Ltd.* | 24 Civ. 2841 | N.D. Ill. | 4/9/2024 | Eslimerari Ramos | Chicago White Sox Memorabilia | 1/26/2024 | |
| *Ramos v. Francesca's Holding Corporation* | 24 Civ. 2844 | N.D. Ill. | 4/9/2024 | Eslimerari Ramos | Shacket | 1/26/2024 | |
| *Ramos v. Notre, LLC* | 24 Civ. 2842 | N.D. Ill. | 4/9/2024 | Eslimerari Ramos | KNWLS Small Barbell Earrings in Silver | 1/26/2024 | |
| *Ramos v. Evolution Music Holdings, LLC* | 24 Civ. 5726 | N.D. Ill. | 7/8/2024 | Eslimerari Ramos | Yamaha PSR-E243 61-Key Electronic Keyboard | 1/26/2024 | |
| *Ramos v. Midlothian Music of Orland Park, Inc.* | 24 Civ. 5727 | N.D. Ill. | 7/8/2024 | Eslimerari Ramos | Yamaha PSR-E273 61-Key Keyboard | 1/26/2024 | |
| *Ramos v. Kailas International, Inc.* | 24 Civ. 5730 | N.D. Ill. | 7/8/2024 | Eslimerari Ramos | Coffee Table (Custom Coffee Reclaimed ELM Waterfall Table) | 1/31/2024 | |
| *Ramos v. Logan Square Aluminum Supply, Inc.* | 24 Civ. 5728 | N.D. Ill. | 7/8/2024 | Eslimerari Ramos | Bathroom Sink | 1/31/2024 | |
| *Ramos v. Studio Styl II of Ah, LLC* | 24 Civ. 5729 | N.D. Ill. | 7/8/2024 | Eslimerari Ramos | Hair Conditioner (Extreme Volume Conditioner) | 1/31/2024 | |
| *Ramos v. The Perfect Thing II, Inc.* | 24 Civ. 5731 | N.D. Ill. | 7/8/2024 | Eslimerari Ramos | Coffee Table (3 Season Wicker Coffee Table) | 1/31/2024 | |
| *Ramos v. Cinemark USA, Inc.* | 24 Civ. 7963 | N.D. Ill. | 9/2/2024 | Eslimerari Ramos | Movie Tickets (Inside Out 2 Tickets) | 6/11/2024 | |
| *Ramos v. Jerry's Artarama N.C., Inc.* | 24 Civ. 7961 | N.D. Ill. | 9/2/2024 | Eslimerari Ramos | Picture Varnish (Instavar Gloss Picture Varnish) | 6/11/2024 | |
| *Ramos v. Pets Etc, Inc.* | 24 Civ. 7962 | N.D. Ill. | 9/2/2024 | Eslimerari Ramos | Dry Dog Food (A Pup Above Cubies Porky's Porchetta Grain-Free Dry Dog Food) | 6/11/2024 | |
| *Ramos v. Beis, LLC* | 24 Civ. 12333 | N.D. Ill. | 11/29/2024 | Eslimerari Ramos | Bag (The Carry-on Roller) | 6/18/2024 | |
| *Ramos v. Rick Steves' Europe, Inc.* | 24 Civ. 12334 | N.D. Ill. | 11/29/2024 | Eslimerari Ramos | Bag (Rolling Backpack) | 6/18/2024 | |
| *Ramos v. Travelpro Products, Inc.* | 24 Civ. 12335 | N.D. Ill. | 11/29/2024 | Eslimerari Ramos | Bag (Maxlite 5 Rolling Underseat Carry-On) | 6/18/2024 | |
| *Fernandez v. Chaupai, LLC* | 24 Civ. 4175 | S.D.N.Y. | 5/31/2024 | Felipe Fernandez | African Serpentine Necklace | 4/12/2024 | |
| *Fernandez v. East Harbor Kitchen, Inc.* | 24 Civ. 4172 | S.D.N.Y. | 5/31/2024 | Felipe Fernandez | Restaurant Order | 4/12/2024 | |

9

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Fernandez v. Great Wall 837, Inc.* | 24 Civ. 4171 | S.D.N.Y. | 5/31/2024 | Felipe Fernandez | Restaurant Order | 4/12/2024 | |
| *Fernandez v. Morgan Jewelers of Salt Lake City, Inc.* | 24 Civ. 4173 | S.D.N.Y. | 5/31/2024 | Felipe Fernandez | Shy Creation Bracelet | 4/12/2024 | |
| *Fernandez v. Paksha, Inc.* | 24 Civ. 4177 | S.D.N.Y. | 5/31/2024 | Felipe Fernandez | Chicago Delicate CZ Silver Bracelet | 4/12/2024 | |
| *Fernandez v. The Orvis Company, Inc.* | 24 Civ. 4180 | S.D.N.Y. | 5/31/2024 | Felipe Fernandez | American Bison Thinfold Leather Wallet | 4/15/2024 | |
| *Fernandez v. The Ridge Wallet, LLC* | 24 Civ. 4178 | S.D.N.Y. | 5/31/2024 | Felipe Fernandez | Burnt Titanium Ridge Wallet | 4/15/2024 | |
| *Fernandez v. Buffalo Jackson Trading Co., LLC* | 24 Civ. 4878 | S.D.N.Y. | 6/27/2024 | Felipe Fernandez | Thompson Leather Moto Jacket | 4/15/2024 | |
| *Fernandez v. Delta Shoe Group, Inc.* | 24 Civ. 4881 | S.D.N.Y. | 6/27/2024 | Felipe Fernandez | Men's Sandals | 4/15/2024 | |
| *Fernandez v. Weyco Group, Inc.* | 24 Civ. 4880 | S.D.N.Y. | 6/27/2024 | Felipe Fernandez | Scobel Closed Toe Fisherman Sandals | 4/15/2024 | |
| *Fernandez v. Asian World of Martial Arts, Inc.* | 24 Civ. 4882 | S.D.N.Y. | 6/27/2024 | Felipe Fernandez | ProForce Combination Fist/Forearm Guard | 4/16/2024 | |
| *Fernandez v. For Wellness Labs, Inc.* | 24 Civ. 4884 | S.D.N.Y. | 6/27/2024 | Felipe Fernandez | Organic Arabica Ground Coffee | 4/16/2024 | |
| *Fernandez v. Brooklinen, Inc.* | 24 Civ. 6340 | S.D.N.Y. | 8/22/2024 | Felipe Fernandez | Bed Sheet Set (Luxe Sateen Starter Sheet Set) | 4/17/2024 | |
| *Fernandez v. Cuddledown Marketing, LLC* | 24 Civ. 6342 | S.D.N.Y. | 8/22/2024 | Felipe Fernandez | Synthetic Filled Puffy Comforter | 4/17/2024 | |
| *Fernandez v. Newell Brands, Inc.* | 24 Civ. 6339 | S.D.N.Y. | 8/22/2024 | Felipe Fernandez | Select by Calphalon Hard-Anodized Nonstick 10-Inch and 12-Inch Fry Pan Set | 4/17/2024 | |
| *Fernandez v. Origin BJJ, Inc.* | 24 Civ. 6343 | S.D.N.Y. | 8/22/2024 | Felipe Fernandez | Jeans (Delta Flex Jeans - Straight) | 4/17/2024 | |
| *Fernandez v. STMM, Inc.* | 24 Civ. 6338 | S.D.N.Y. | 8/22/2024 | Felipe Fernandez | Cast-Iron Double Dutch Oven Set | 4/17/2024 | |
| *Fernandez v. 360 Cookware, LLC* | 25 Civ. 1847 | S.D.N.Y. | 3/5/2025 | Felipe Fernandez | 2 Quart Saucepan with Cover | 4/17/2024 | |
| *Fernandez v. Caraway Home, Inc.* | 25 Civ. 1846 | S.D.N.Y. | 3/5/2025 | Felipe Fernandez | Dutch Oven | 4/17/2024 | |
| *Fernandez v. Groupe SEB USA* | 25 Civ. 1848 | S.D.N.Y. | 3/5/2025 | Felipe Fernandez | NS Pro Nonstick Cookware, 3 Piece Set | 4/17/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Fernandez v. Scanpan USA, Inc.* | 25 Civ. 1849 | S.D.N.Y. | 3/5/2025 | Felipe Fernandez | Classic 9.5" Stir Fry Pan | 4/17/2024 | |
| *Fernandez v. Centric West, LLC* | 25 Civ. 2643 | S.D.N.Y. | 3/31/2025 | Felipe Fernandez | Charlie Camp Shirt | 4/17/2024 | |
| *Fernandez v. Fabrictech2000, LLC* | 25 Civ. 2641 | S.D.N.Y. | 3/31/2025 | Felipe Fernandez | Aromatherapy Pillow Protector | 4/17/2024 | |
| *Fernandez v. Tracer Bullet, LLC* | 25 Civ. 2645 | S.D.N.Y. | 3/31/2025 | Felipe Fernandez | Jeans | 4/17/2024 | |
| *Fernandez v. Black Opal, LLC* | 24 Civ. 7243 | S.D.N.Y. | 9/25/2024 | Felipe Fernandez | Face Powder (Invisible Oil Blocking Pressed Powder) | 4/18/2024 | |
| *Fernandez v. L'Atelier Global, LLC* | 24 Civ. 7241 | S.D.N.Y. | 9/25/2024 | Felipe Fernandez | Leather Tote (Olimpia Italian Leather Tote Bag) | 4/18/2024 | |
| *Fernandez v. The Buffalo Billfold Company* | 24 Civ. 7242 | S.D.N.Y. | 9/25/2024 | Felipe Fernandez | Bisonette Buffalo Leather Purse | 4/18/2024 | |
| *Fernandez v. D.M. Smucker, LLC* | 24 Civ. 9011 | S.D.N.Y. | 11/25/2024 | Felipe Fernandez | Half Moon Crossbody Bag | 4/18/2024 | |
| *Fernandez v. Latico Trading Corp.* | 24 Civ. 9009 | S.D.N.Y. | 11/25/2024 | Felipe Fernandez | Bianca Tote/Crossbody Bag | 4/18/2024 | |
| *Fernandez v. Portland Leather Goods, Inc.* | 24 Civ. 9007 | S.D.N.Y. | 11/25/2024 | Felipe Fernandez | The Market Tote Bag | 4/18/2024 | |
| *Fernandez v. GCP WW Holdco, LLC* | 24 Civ. 9006 | S.D.N.Y. | 11/25/2024 | Felipe Fernandez | Outdoor Apparel | 8/19/2024 | |
| *Fernandez v. Optics Force, LLC* | 24 Civ. 9002 | S.D.N.Y. | 11/25/2024 | Felipe Fernandez | Tripod | 8/19/2024 | |
| *Fernandez v. Sports Unlimited, Inc.* | 24 Civ. 9004 | S.D.N.Y. | 11/25/2024 | Felipe Fernandez | Baseball Gloves | 8/19/2024 | |
| *Fernandez v. Nashua Nutrition, LLC* | 24 Civ. 7239 | S.D.N.Y. | 9/25/2024 | Felipe Fernandez | Snack Bars (Proti-Thin Protein Bars VLC) | 8/22/2024 | |
| *Fernandez v. VOGT Western Silver, LTD.* | 24 Civ. 7238 | S.D.N.Y. | 9/25/2024 | Felipe Fernandez | Bracelet (Lady Gunslinger Cuff) | 8/22/2024 | |
| *Fernandez v. Bloomscape, Inc.* | 24 Civ. 10027 | S.D.N.Y. | 12/31/2024 | Felipe Fernandez | Plant | 8/26/2024 | |
| *Fernandez v. Gardens Alive, Inc.* | 24 Civ. 10038 | S.D.N.Y. | 12/31/2024 | Felipe Fernandez | Home Plant | 8/26/2024 | |
| *Fernandez v. Saatchi Online, Inc.* | 24 Civ. 10035 | S.D.N.Y. | 12/31/2024 | Felipe Fernandez | Home Decor Item | 8/26/2024 | |

11

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Fernandez v. Urban Outfitters, Inc.* | 24 Civ. 10028 | S.D.N.Y. | 12/31/2024 | Felipe Fernandez | Decorative Item (Spooky Ghost Trick-or-Treat Puppy) | 8/26/2024 | |
| *Fernandez v. Logee's Greenhouses, LTD.* | 25 Civ. 1449 | S.D.N.Y. | 2/20/2025 | Felipe Fernandez | Plant (ZZ Plant "Black Queen") | 8/26/2024 | |
| *Fernandez v. Made Trade Group, LLC* | 24 Civ. 10030 | S.D.N.Y. | 12/31/2024 | Felipe Fernandez | Bedside Table | 8/28/2024 | |
| *Fernandez v. The Foundry Home Goods, LLC* | 24 Civ. 10031 | S.D.N.Y. | 12/31/2024 | Felipe Fernandez | Original 1227 Mini Table Lamp | 8/28/2024 | |
| *Fernandez v. Paddywax, LLC* | 25 Civ. 2636 | S.D.N.Y. | 3/31/2025 | Felipe Fernandez | Holiday Town Incense Cone Holder | 8/28/2024 | |
| *Fernandez v. Clarins U.S.A., Inc.* | 25 Civ. 2638 | S.D.N.Y. | 3/31/2025 | Felipe Fernandez | Shampoo (Clarins Men Shampoo & Shower) and Tonic (Tonic Body-Firming Treatment) | 8/30/2024 | |
| *Fernandez v. Josh Rosebrook Skin and Hair Care, LLC* | 24 Civ. 1187 | S.D.N.Y. | 2/16/2024 | Jacqueline Fernandez | Vital Balm Cream | 1/11/2024 | |
| *Fernandez v. Matsum, Inc.* | 24 Civ. 1180 | S.D.N.Y. | 2/16/2024 | Jacqueline Fernandez | Men's MAX 26W Heated Down Jacket with HeatSync | 1/11/2024 | |
| *Fernandez v. Orveon Global US, LLC* | 24 Civ. 1184 | S.D.N.Y. | 2/16/2024 | Jacqueline Fernandez | BAREPRO 24HR Wear SkinPerfecting Matte Liquid Foundation Mineral SPF 20 | 1/11/2024 | |
| *Fernandez v. Proxima, Inc.* | 24 Civ. 1190 | S.D.N.Y. | 2/16/2024 | Jacqueline Fernandez | Perfection Liquid Foundation | 1/11/2024 | |
| *Fernandez v. Katie May, LLC* | 24 Civ. 1592 | S.D.N.Y. | 3/1/2024 | Jacqueline Fernandez | Ashun Dress in Black | 1/12/2024 | |
| *Fernandez v. Huddleson Linens, Inc.* | 24 Civ. 3793 | S.D.N.Y. | 5/16/2024 | Jacqueline Fernandez | Ivory Linen Sheet Set | 1/12/2024 | |
| *Fernandez v. Kimera International* | 24 Civ. 3831 | S.D.N.Y. | 5/17/2024 | Jacqueline Fernandez | Booties (Lorde-2 Chelsea Chunky Sol Ankle Booties - Black) | 1/12/2024 | |
| *Fernandez v. Fam Wildfox, LLC* | 24 Civ. 4211 | S.D.N.Y. | 6/3/2024 | Jacqueline Fernandez | Skirt (Armidale Skirt/Black Beauty) | 1/12/2024 | |
| *Fernandez v. Snapfish, LLC* | 24 Civ. 4214 | S.D.N.Y. | 6/3/2024 | Jacqueline Fernandez | Custom Throw Pillow | 1/12/2024 | |
| *Fernandez v. Unique Vintage, Inc.* | 24 Civ. 4216 | S.D.N.Y. | 6/3/2024 | Jacqueline Fernandez | Vintage All Black Holloway Wiggle Dress | 1/12/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Fernandez v. Just Panmaco, Inc.* | 24 Civ. 4687 | S.D.N.Y. | 6/20/2024 | Jacqueline Fernandez | Jeans (The Ardmore Skinny) | 1/12/2024 | |
| *Fernandez v. Innov8tive Nutrition, Inc.* | 24 Civ. 3796 | S.D.N.Y. | 5/16/2024 | Jacqueline Fernandez | Innov8tive Complete Multi Vitamin (30 Patches) | 1/17/2024 | |
| *Fernandez v. Vegamour, Inc.* | 24 Civ. 3795 | S.D.N.Y. | 5/16/2024 | Jacqueline Fernandez | GRO Full Routine Kit | 1/17/2024 | |
| *Fernandez v. Warm Things, Inc.* | 24 Civ. 3830 | S.D.N.Y. | 5/17/2024 | Jacqueline Fernandez | Supremium Extra-Fill Hungarian Goose Down Pillow | 1/17/2024 | |
| *Fernandez v. Davines North America, Inc.* | 24 Civ. 4218 | S.D.N.Y. | 6/3/2024 | Jacqueline Fernandez | Hair Care Product (MOMO Shampoo) | 1/17/2024 | |
| *Fernandez v. Iron Rebel, Inc.* | 24 Civ. 4213 | S.D.N.Y. | 6/3/2024 | Jacqueline Fernandez | Sports Bra | 1/17/2024 | |
| *Fernandez v. JKH Jewelry, Inc.* | 24 Civ. 4691 | S.D.N.Y. | 6/20/2024 | Jacqueline Fernandez | Ring (Tattenhill) | 1/17/2024 | |
| *Fernandez v. Irresistible Me, LLC* | 24 Civ. 1193 | S.D.N.Y. | 2/16/2024 | Jacqueline Fernandez | Vegan Fiber Mermaid Waves Wig 32" Ginger Wig | 1/23/2024 | |
| *Fernandez v. A G B Body Jewelry, Inc.* | 24 Civ. 1590 | S.D.N.Y. | 3/1/2024 | Jacqueline Fernandez | Earrings | 1/23/2024 | |
| *Fernandez v. Ben Bridge - Jeweler, Inc.* | 24 Civ. 1597 | S.D.N.Y. | 3/1/2024 | Jacqueline Fernandez | Ring | 1/23/2024 | |
| *Fernandez v. Bus Stop Boutique, LLC* | 24 Civ. 1596 | S.D.N.Y. | 3/1/2024 | Jacqueline Fernandez | Black Boots | 1/23/2024 | |
| *Fernandez v. GreatFaces, Inc.* | 24 Civ. 1585 | S.D.N.Y. | 3/1/2024 | Jacqueline Fernandez | EVE PEARL Ultimate Lip Palette | 1/23/2024 | |
| *Fernandez v. Canera, Inc.* | 24 Civ. 4689 | S.D.N.Y. | 6/20/2024 | Jacqueline Fernandez | Earrings (Vintage Platinum Drop Earrings) | 1/23/2024 | |
| *Fernandez v. Econugenics, LLC* | 24 Civ. 5638 | S.D.N.Y. | 7/25/2024 | Jacqueline Fernandez | PectaSol Chewables | 6/14/2024 | |
| *Fernandez v. Joy Systems, Inc.* | 24 Civ. 5635 | S.D.N.Y. | 7/25/2024 | Jacqueline Fernandez | Dell Latitude 5580 Laptop | 6/14/2024 | |
| *Fernandez v. Municipal Apparel Company, LLC* | 24 Civ. 5629 | S.D.N.Y. | 7/25/2024 | Jacqueline Fernandez | Polo | 6/14/2024 | |
| *Fernandez v. Natals, Inc.* | 24 Civ. 5637 | S.D.N.Y. | 7/25/2024 | Jacqueline Fernandez | Vitamins (Multivitamin 18+) | 6/14/2024 | |
| *Fernandez v. Vanilla Chip, LLC* | 24 Civ. 5639 | S.D.N.Y. | 7/25/2024 | Jacqueline Fernandez | Protein Shake (Kids Protein Shake) | 6/14/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Fernandez v. Konscious, LLC* | 24 Civ. 5826 | S.D.N.Y. | 7/31/2024 | Jacqueline Fernandez | Dietary Supplements (Daily Digestive Supplement) | 6/14/2024 | |
| *Fernandez v. Lego Brand Retail, Inc.* | 24 Civ. 5827 | S.D.N.Y. | 7/31/2024 | Jacqueline Fernandez | Retro Radio | 6/14/2024 | |
| *Fernandez v. Corsair Memory, Inc.* | 24 Civ. 7236 | S.D.N.Y. | 9/25/2024 | Jacqueline Fernandez | Computer (Laptop EON17-X v2) | 6/14/2024 | |
| *Fernandez v. Spartan Race, Inc.* | 24 Civ. 10046 | S.D.N.Y. | 12/31/2024 | Jacqueline Fernandez | Running Shoes (Spartan Rd Pro Ocr Running Shoe) | 6/14/2024 | |
| *Fernandez v. Cuddle Clones, LLC* | 25 Civ. 1837 | S.D.N.Y. | 3/5/2025 | Jacqueline Fernandez | Pet Toy (Original Plush Cuddle Clone) | 6/14/2024 | |
| *Fernandez v. Tasty Ribbon, LLC* | 24 Civ. 9184 | S.D.N.Y. | 12/2/2024 | Jacqueline Fernandez | Gift Box (Love in Bloom) | 6/18/2024 | |
| *Fernandez v. 1-800-FLOWERS.COM, Inc.* | 24 Civ. 9223 | S.D.N.Y. | 12/3/2024 | Jacqueline Fernandez | Monogramed Bath Towels | 6/18/2024 | |
| *Fernandez v. Endura International, Inc.* | 24 Civ. 9221 | S.D.N.Y. | 12/3/2024 | Jacqueline Fernandez | Floral Arrangement (Queen's Gilded Reign) | 6/18/2024 | |
| *Fernandez v. Llardo USA, Inc.* | 24 Civ. 9219 | S.D.N.Y. | 12/3/2024 | Jacqueline Fernandez | Wedding Gift (Together Forever Couple Figurine) | 6/18/2024 | |
| *Fernandez v. 4Patriots, LLC* | 24 Civ. 10024 | S.D.N.Y. | 12/31/2024 | Jacqueline Fernandez | Solar Generator (Patriot Power Generator 2000X) | 6/18/2024 | |
| *Fernandez v. Audio Advice, Inc.* | 24 Civ. 10044 | S.D.N.Y. | 12/31/2024 | Jacqueline Fernandez | JBL Spinner BT Bluetooth Turntable | 6/18/2024 | |
| *Fernandez v. Nabfly, Inc.* | 24 Civ. 10022 | S.D.N.Y. | 12/31/2024 | Jacqueline Fernandez | Radio (Model One BT Bluetooth AM/FM Radio) | 6/18/2024 | |
| *Fernandez v. Dell Technologies, Inc.* | 25 Civ. 16 | S.D.N.Y. | 1/2/2025 | Jacqueline Fernandez | Laptop | 6/18/2024 | |
| *Fernandez v. Sound Approach, LLC* | 25 Civ. 15 | S.D.N.Y. | 1/2/2025 | Jacqueline Fernandez | Radio (Tivoli Audio - Model One BT - Bluetooth AM/FM Radio) | 6/18/2024 | |
| *Fernandez v. E & S International Enterprises, Inc.* | 25 Civ. 593 | S.D.N.Y. | 1/21/2025 | Jacqueline Fernandez | Vaio Laptop (VAIO F16 16" Core i7 13th gen 16GB/1TB) | 6/18/2024 | |
| *Fernandez v. HP, Inc.* | 25 Civ. 596 | S.D.N.Y. | 1/21/2025 | Jacqueline Fernandez | Laptop (HP ProBook 455 15.6 inch G10 Notebook) | 6/18/2024 | |
| *Fernandez v. Monoprice, Inc.* | 25 Civ. 599 | S.D.N.Y. | 1/21/2025 | Jacqueline Fernandez | Laptop (Dell Latitude 5540) | 6/18/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Fernandez v. Whisk 197 Atlantic Ave, Inc.* | 25 Civ. 17 | S.D.N.Y. | 1/2/2025 | Jacqueline Fernandez | Drying Rack (White Dish Rack) | 8/22/2024 | |
| *Fernandez v. Rubyclaire Boutique, Inc.* | 25 Civ. 600 | S.D.N.Y. | 1/21/2025 | Jacqueline Fernandez | Cardigan (Brooks Mixed Weave Cardigan) | 8/22/2024 | |
| *Fernandez v. Charles Krypell, Inc.* | 25 Civ. 890 | S.D.N.Y. | 1/30/2025 | Jacqueline Fernandez | Ring (Bubble Collection Ring) | 8/22/2024 | |
| *Fernandez v. Lulu's Fashion Lounge, LLC* | 25 Civ. 895 | S.D.N.Y. | 1/30/2025 | Jacqueline Fernandez | Sleeve Smocked Mini Dress | 8/22/2024 | |
| *Fernandez v. Miss Match Group, Inc.* | 25 Civ. 894 | S.D.N.Y. | 1/30/2025 | Jacqueline Fernandez | Earrings (Josie Swirl Drop Earrings) | 8/22/2024 | |
| *Fernandez v. Dickinson Brands, Inc.* | 25 Civ. 1817 | S.D.N.Y. | 3/4/2025 | Jacqueline Fernandez | Skincare Product (Hydrating Gel Cleanser) | 8/22/2024 | |
| *Fernandez v. Johanna Rae, LLC* | 25 Civ. 1815 | S.D.N.Y. | 3/4/2025 | Jacqueline Fernandez | Women's Clothing (Z Supply: Hot Shot Dress) | 8/22/2024 | |
| *Fernandez v. Nogin Commerce, Inc.* | 25 Civ. 1816 | S.D.N.Y. | 3/4/2025 | Jacqueline Fernandez | Top (Timeless Falling Leaves Top) | 8/22/2024 | |
| *Fernandez v. C P Shades, Inc.* | 25 Civ. 1819 | S.D.N.Y. | 3/5/2025 | Jacqueline Fernandez | Women's Clothing (Lissa-Linen Shirt) | 8/22/2024 | |
| *Fernandez v. Automatic Appliance Parts, Inc.* | 25 Civ. 2705 | S.D.N.Y. | 4/1/2025 | Jacqueline Fernandez | Built-In Microwave Oven | 8/22/2024 | |
| *Fernandez v. Hitchcock Shoes, Inc.* | 25 Civ. 2694 | S.D.N.Y. | 4/1/2025 | Jacqueline Fernandez | Pair of Boots (Insley Black Waterproof Boot) | 8/22/2024 | |
| *Fernandez v. Style Forum, Inc.* | 25 Civ. 2698 | S.D.N.Y. | 4/1/2025 | Jacqueline Fernandez | Furniture Item (Inselberg Sculpture) | 8/22/2024 | |
| *Fernandez v. Prosourcefit Holdings, LLC* | 25 Civ. 2695 | S.D.N.Y. | 4/1/2025 | Jacqueline Fernandez | Mat (Kids Solid Floor Play Mat) | 8/26/2024 | |
| *Fernandez v. Gainful Health, Inc.* | 25 Civ. 2696 | S.D.N.Y. | 4/1/2025 | Jacqueline Fernandez | Nutritional Supplements (Daily Performance Greens) | 8/29/2024 | |
| *Valencia v. Chris Heria Marketing, LLC* | 24 Civ. 4914 | S.D.N.Y. | 6/28/2024 | Justin Valencia | Shorts (Heria 3M Reflective Shorts) | 3/7/2024 | |
| *Valencia v. EIS Office Solutions, Inc.* | 24 Civ. 4910 | S.D.N.Y. | 6/28/2024 | Justin Valencia | Cricut Explore Air 2 Die Cutting Machine 12x12, Mint | 3/7/2024 | |
| *Valencia v. QVC, Inc.* | 24 Civ. 4913 | S.D.N.Y. | 6/28/2024 | Justin Valencia | Smart Cutting Machine (Cricut Maker 3) | 3/7/2024 | |
| *Valencia v. Shirtwholesaler.com, Inc.* | 24 Civ. 4911 | S.D.N.Y. | 6/28/2024 | Justin Valencia | Sweatpants (Jerzees 973MR Nu Blend) | 3/7/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Valencia v. Cygnus Home Service, LLC* | 24 Civ. 4916 | S.D.N.Y. | 6/28/2024 | Justin Valencia | Frozen Meal (Sweet and Sour Chicken Skillet Meal) | 3/14/2024 | |
| *Valencia v. Beautyque NYC, LLC* | 24 Civ. 5625 | S.D.N.Y. | 7/25/2024 | Justin Valencia | Pomegranate Face and Beard Wash for Men | 3/14/2024 | |
| *Valencia v. JAM Paper & Envelope Direct Marketing Services* | 24 Civ. 5626 | S.D.N.Y. | 7/25/2024 | Justin Valencia | Staples (Blue Staples - 5,000 Box) | 3/14/2024 | |
| *Valencia v. S&S Worldwide, Inc.* | 24 Civ. 5624 | S.D.N.Y. | 7/25/2024 | Justin Valencia | Crayons (Color Splash! Crayons PlusPack - 8 Colors) | 3/14/2024 | |
| *Valencia v. Falcetti Pianos, LLC* | 24 Civ. 5628 | S.D.N.Y. | 7/25/2024 | Justin Valencia | Yamaha NU1X Piano | 3/20/2024 | |
| *Valencia v. North East Traders, LLC* | 24 Civ. 5627 | S.D.N.Y. | 7/25/2024 | Justin Valencia | Hooded Sweat Suit (Black Heavy Blend Fleece Sweat Suit) | 3/20/2024 | |
| *Valencia v. Acoustic Vibes Music, Inc.* | 24 Civ. 6585 | S.D.N.Y. | 8/30/2024 | Justin Valencia | Yamaha FSX3 "Red Label" Acoustic/Electric Guitar | 3/20/2024 | |
| *Valencia v. C. F. Martin & Co., Inc.* | 24 Civ. 6586 | S.D.N.Y. | 8/30/2024 | Justin Valencia | Guitar (D-10E Model) | 3/20/2024 | |
| *Valencia v. Total Gym Fitness, LLC* | 24 Civ. 6574 | S.D.N.Y. | 8/30/2024 | Justin Valencia | Fitness Equipment (Total Gym FIT) | 3/20/2024 | |
| *Valencia v. W. W. Grainger, Inc.* | 24 Civ. 6572 | S.D.N.Y. | 8/30/2024 | Justin Valencia | Basketballs and Pump | 3/20/2024 | |
| *Valencia v. Atlanta Vinyl, LLC* | 24 Civ. 7405 | S.D.N.Y. | 10/1/2024 | Justin Valencia | Blue Jeans Siser Sparkle Heat Transfer Vinyl (HTV) | 3/20/2024 | |
| *Valencia v. Dick's Sporting Goods, Inc.* | 24 Civ. 7415 | S.D.N.Y. | 10/1/2024 | Justin Valencia | Osprey Men's Atmos AG 50 Pack | 3/20/2024 | |
| *Valencia v. Heat Transfer Warehouse, Inc.* | 24 Civ. 7404 | S.D.N.Y. | 10/1/2024 | Justin Valencia | Decorative Vinyl (Siser Easy Puff 12" HTV) | 3/20/2024 | |
| *Valencia v. Col. Littleton Properties, LLC* | 25 Civ. 1462 | S.D.N.Y. | 2/20/2025 | Justin Valencia | Travel Bag (No. 1 Leather Duffel Bag) | 9/6/2024 | |
| *Valencia v. Richer Poorer, LLC* | 25 Civ. 1459 | S.D.N.Y. | 2/20/2025 | Justin Valencia | Sweatshirt (Men's Vintage Recycled Fleece Sweatshirt) | 9/6/2024 | |
| *Valencia v. Tracy Anderson Mind And Body, LLC* | 25 Civ. 1461 | S.D.N.Y. | 2/20/2025 | Justin Valencia | Weights (UWRAPS Vegan Leather Ankle/Wrist Weights) | 9/6/2024 | |
| *Mercedes v. Suppz, Inc.* | 23 Civ. 7720 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Optimum Nutrition Gold Standard 100% Whey | 6/1/2023 | 7/2/2023 |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Mercedes v. Osata Enterprises, Inc.* | 23 Civ. 6221 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | Gillette Olive Cream Sneakers | 6/2/2023 | 6/18/2023 |
| *Mercedes v. The Music Zoo, Inc.* | 23 Civ. 6222 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | Taylor Darktone Series Pick Tin Sampler Pack | 6/6/2023 | 6/28/2023 |
| *Mercedes v. Yamaha Corporation of America* | 23 Civ. 6231 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | TW-ES5A True Wireless Sports Earbuds | 6/6/2023 | 6/28/2023 |
| *Mercedes v. To Boot New York, Inc.* | 23 Civ. 6703 | S.D.N.Y. | 8/1/2023 | Luis Mercedes | To Boot New York Alpha Dark Brown Suede Shoes | 6/6/2023 | 7/10/2023 |
| *Mercedes v. FST America, Inc.* | 23 Civ. 6218 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | New Era Flat Brim Hat | 6/12/2023 | 6/28/2023 |
| *Mercedes v. Tone Shop Guitars, Inc.* | 23 Civ. 6223 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | Guitar (Taylor BT2 Baby Taylor w/Bag) | 6/14/2023 | 7/1/2023 |
| *Mercedes v. Simply Footwear Utah, LLC* | 23 Civ. 7707 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Barbados EVA Purple Fog - Women's Sandal | 6/14/2023 | 7/2/2023 |
| *Mercedes v. Seattle Pacific Industries, Inc.* | 23 Civ. 6705 | S.D.N.Y. | 8/1/2023 | Luis Mercedes | Hazy Sun Graphic Unisex Tee | 6/16/2023 | 7/1/2023 |
| *Mercedes v. Samples From Mars, LLC* | 23 Civ. 6224 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | "Vinyl Drum Machines from Mars" and "808 From Mars" Samples | 6/18/2023 | 7/2/2023 |
| *Mercedes v. Superfeet Worldwide, LLC* | 23 Civ. 6707 | S.D.N.Y. | 8/1/2023 | Luis Mercedes | Insoles (Casual Pain Relief fka Everyday Pain Relief) | 6/26/2023 | 7/10/2023 |
| *Mercedes v. Benchmark Media Systems, Inc.* | 23 Civ. 6226 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | Benchmark Studio and Stage Star Quad XLR Cable for Analog Audio | 6/28/2023 | 7/6/2023 |
| *Mercedes v. The Mariachi Connection, Inc.* | 23 Civ. 7708 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | G10 - Reyes Standard Guitar With Case | 7/2/2023 | 7/15/2023 |
| *Mercedes v. Luna Sandals, LLC* | 23 Civ. 7183 | S.D.N.Y. | 8/14/2023 | Luis Mercedes | Mono Winged Edition Sandals | 7/3/2023 | 7/14/2023 |
| *Mercedes v. Jockey International, Inc.* | 23 Civ. 7186 | S.D.N.Y. | 8/14/2023 | Luis Mercedes | Jockey Cotton Modal Blend Signature Hooded Long Sleeve T-Shirt | 7/4/2023 | 7/17/2023 |
| *Mercedes v. Parkway Music, LLC* | 23 Civ. 6233 | S.D.N.Y. | 7/19/2023 | Luis Mercedes | On-Stage Sticks MW5A Maple Drum Sticks | 7/6/2023 | 7/10/2023 |
| *Mercedes v. Helly Hansen (U.S.), Inc.* | 23 Civ. 7719 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Men's Moss Rain Jacket | 7/8/2023 | 7/19/2023 |
| *Mercedes v. Professional Audio Design, Inc.* | 23 Civ. 7711 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Slate Digital ML-2 Modeling Microphone | 7/20/2023 | 7/26/2023 |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| Mercedes v. Cookies SF, LLC | 23 Civ. 7709 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Women's Original Logo Hoodie | 7/25/2023 | 8/1/2023 |
| Mercedes v. Company No 5, LLC | 23 Civ. 7714 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Five Star Leggings | 7/26/2023 | 7/27/2023 |
| Mercedes v. Stan's Bootery, Inc. | 23 Civ. 7710 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Women's New Balance Black | 7/27/2023 | 8/1/2023 |
| Mercedes v. Wright Weight Equipment, Inc. | 23 Civ. 7717 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | Wright Kettlebells | 8/8/2023 | 8/14/2023 |
| Mercedes v. Cheerleading Company, Inc. | 23 Civ. 8273 | S.D.N.Y. | 9/19/2023 | Luis Mercedes | Mid-Rise Elastic Waist Black Leggings | 8/14/2023 | 8/18/2023 |
| Mercedes v. C & G Sporting Goods, LLC | 23 Civ. 7716 | S.D.N.Y. | 8/30/2023 | Luis Mercedes | USC Echo Hat | 8/18/2023 | 8/21/2023 |
| Mercedes v. The Bay Corporation | 23 Civ. 8263 | S.D.N.Y. | 9/19/2023 | Luis Mercedes | Eric Michael Zelda Boots | 8/18/2023 | 8/29/2023 |
| Mercedes v. Eagle Eye Outfitters, Inc. | 23 Civ. 7963 | S.D.N.Y. | 9/8/2023 | Luis Mercedes | Men's Under Armour Charged Rogue 3 Knit Running Sneaker | 8/20/2023 | 8/31/2023 |
| Mercedes v. Cut Rate Sporting Goods, Inc. | 23 Civ. 7959 | S.D.N.Y. | 9/8/2023 | Luis Mercedes | Falcon LowRider Series Cast | 8/21/2023 | 8/23/2023 |
| Mercedes v. RGV Boot Jack, LLC | 23 Civ. 7970 | S.D.N.Y. | 9/8/2023 | Luis Mercedes | Timberland Co Our True Grit Boots | 8/22/2023 | 8/31/2023 |
| Mercedes v. South State Trailer Supply Co., Inc. | 23 Civ. 8259 | S.D.N.Y. | 9/19/2023 | Luis Mercedes | Hammock, Montego Bay | 8/23/2023 | 8/28/2023 |
| Mercedes v. When The Shoe Fits, LLC | 23 Civ. 8265 | S.D.N.Y. | 9/19/2023 | Luis Mercedes | Josef Seibel Caren 01 | 8/28/2023 | 8/29/2023 |
| Mercedes v. Luckypet, Inc. | 23 Civ. 7961 | S.D.N.Y. | 9/8/2023 | Luis Mercedes | Jewelry Collar Tag - Paw | 8/29/2023 | 8/30/2023 |
| Mercedes v. Sharpe Dry Goods Company, LLC | 23 Civ. 7965 | S.D.N.Y. | 9/8/2023 | Luis Mercedes | Roundhouse Zipper Fly Blue Denim Bib Overalls | 8/30/2023 | 8/31/2023 |
| Mercedes v. Bennett's Department Store, Inc. | 23 Civ. 8269 | S.D.N.Y. | 9/19/2023 | Luis Mercedes | Old Row Poker Dogs Pocket Tee Blue | 8/31/2023 | 9/1/2023 |
| Mercedes v. TN Auburn, LLC | 23 Civ. 8271 | S.D.N.Y. | 9/19/2023 | Luis Mercedes | Front Line Formulations Max Strength Weight Loss Kit | 9/1/2023 | 9/8/2023 |
| Mercedes v. Pacinos Signature, Inc. | 23 Civ. 9026 | S.D.N.Y. | 10/13/2023 | Luis Mercedes | Matte - No Shine Hair Paste | 9/2/2023 | 9/5/2023 |

18

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Mercedes v. White River Hardwoods-Woodworks, Inc.* | 23 Civ. 9030 | S.D.N.Y. | 10/13/2023 | Luis Mercedes | Acoustic Slat Panel Sample Kit | 9/4/2023 | 9/5/2023 |
| *Mercedes v. B. Draddy, LLC* | 23 Civ. 8534 | S.D.N.Y. | 9/27/2023 | Luis Mercedes | Tommy Polo Shirt | 9/8/2023 | 9/14/2023 |
| *Mercedes v. Rose & Remington North, Inc.* | 23 Civ. 8556 | S.D.N.Y. | 9/28/2023 | Luis Mercedes | Jessica Flare Jeans | 9/14/2023 | 9/15/2023 |
| *Mercedes v. Nutritional Sport Supplements, Inc.* | 23 Civ. 8558 | S.D.N.Y. | 9/28/2023 | Luis Mercedes | Bucked Up Collagen Peptides 30 Servings | 9/24/2023 | 9/25/2023 |
| *Mercedes v. Parnassus Books, LLC* | 23 Civ. 9019 | S.D.N.Y. | 10/13/2023 | Luis Mercedes | Democracy Awakening Notes on the State of America Hardcover | 9/25/2023 | 10/4/2023 |
| *Mercedes v. Jack Schwartz Shoes, LLC* | 23 Civ. 9022 | S.D.N.Y. | 10/13/2023 | Luis Mercedes | Men's Drifter Peacoat Boots | 10/1/2023 | 10/5/2023 |
| *Mercedes v. City of Saints Coffee Roasters, LLC* | 23 Civ. 9250 | S.D.N.Y. | 10/20/2023 | Luis Mercedes | Colombia Santa Barbara Coffee | 10/1/2023 | 10/11/2023 |
| *Mercedes v. Kitchen Enthusiasts, Inc.* | 23 Civ. 9251 | S.D.N.Y. | 10/20/2023 | Luis Mercedes | Boos Maple Block with Finger Grips | 10/10/2023 | 10/11/2023 |
| *Mercedes v. Broadway Play Publishing, Inc.* | 23 Civ. 9519 | S.D.N.Y. | 10/30/2023 | Luis Mercedes | Book (Hit the Wall) | 10/16/2023 | 10/18/2023 |
| *Mercedes v. City Lights, Inc.* | 23 Civ. 9910 | S.D.N.Y. | 11/9/2023 | Luis Mercedes | Halco ProLED 90260 | 10/16/2023 | 10/25/2023 |
| *Mercedes v. Wuzzy Wheels, Inc.* | 23 Civ. 10127 | S.D.N.Y. | 11/17/2023 | Luis Mercedes | T-Shirt (Never Miss a Beat Design) | 10/25/2023 | 10/30/2023 |
| *Mercedes v. Babcock Enterprises, Inc.* | 23 Civ. 10130 | S.D.N.Y. | 11/17/2023 | Luis Mercedes | Wine (2020 Ocean's Ghost Pinot Noir) | 10/30/2023 | 11/1/2023 |
| *Mercedes v. Bernunzio Uptown Music, LLC* | 23 Civ. 10472 | S.D.N.Y. | 11/30/2023 | Luis Mercedes | Crate GX30M Amp | 10/30/2023 | 11/15/2023 |
| *Mercedes v. Ecovibe Apparel, Inc.* | 23 Civ. 11114 | S.D.N.Y. | 12/22/2023 | Luis Mercedes | Ocean Rose + Bay Form Ceramic Candle | 11/15/2023 | 12/6/2023 |
| *Mercedes v. Guilford Publications, Inc.* | 23 Civ. 11112 | S.D.N.Y. | 12/22/2023 | Luis Mercedes | Book (Communicating Across Cultures: Second Edition) | 11/15/2023 | 12/6/2023 |
| *Mercedes v. Gem Nation Corporation* | 24 Civ. 201 | S.D.N.Y. | 1/10/2024 | Luis Mercedes | Invicta Pro Diver Men's Watch Model 146068 | 12/6/2023 | 12/17/2023 |
| *Mercedes v. Darling Shoe Corp.* | 25 Civ. 2706 | S.D.N.Y. | 4/1/2025 | Luis Mercedes | Men's Casual Shoes (Florsheim Great Lakes Walk) | 1/15/2025 | 1/17/2025 |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Mercedes v. New York Adorned Brooklyn Inc.* | 25 Civ. 2707 | S.D.N.Y. | 4/1/2025 | Luis Mercedes | Pendant (Chili Charm with Black Diamonds) | 1/15/2025 | 1/17/2025 |
| *Mercedes v. Shoe Show, Inc.* | 25 Civ. 2728 | S.D.N.Y. | 4/2/2025 | Luis Mercedes | Pair of Sneakers (Converse Chuck Taylor All Star High Street Mid) | 1/15/2025 | 1/17/2025 |
| *Mercedes v. Top One International Corp.* | 25 Civ. 2729 | S.D.N.Y. | 4/2/2025 | Luis Mercedes | Women's Timex Easy Reader Classic Red Leather Strap Watch | 1/15/2025 | 1/17/2025 |
| *Hernandez v. Bar Lunatico, LLC* | 23 Civ. 8067 | E.D.N.Y. | 10/30/2023 | Timothy Hernandez | Restaurant Visit | 10/16/2023 | 10/22/2023 |
| *Hernandez v. Este Tux, Inc.* | 23 Civ. 8066 | E.D.N.Y. | 10/30/2023 | Timothy Hernandez | Tuxedo Rental | 10/16/2023 | 10/22/2023 |
| *Hernandez v. Classic Harbor Line, LLC* | 23 Civ. 8562 | E.D.N.Y. | 11/17/2023 | Timothy Hernandez | Sunset Cruise on Yacht Manhattan | 11/5/2023 | 11/6/2023 |
| *Hernandez v. Cognitive and Behavioral Consultants, LLP* | 23 Civ. 8563 | E.D.N.Y. | 11/17/2023 | Timothy Hernandez | Clinic Visit | 11/5/2023 | 11/6/2023 |
| *Hernandez v. V.P. Pastry Shop, Inc.* | 23 Civ. 8561 | E.D.N.Y. | 11/17/2023 | Timothy Hernandez | Assorted Butter Cookies | 11/5/2023 | 11/6/2023 |
| *Hernandez v. White Walker, LLC* | 23 Civ. 8834 | E.D.N.Y. | 11/30/2023 | Timothy Hernandez | Restaurant Visit | 11/14/2023 | 11/26/2023 |
| *Hernandez v. Knickerbocker Social, LLC* | 23 Civ. 8836 | E.D.N.Y. | 11/30/2023 | Timothy Hernandez | Bar Visit | 11/24/2023 | 11/25/2023 |
| *Hernandez v. Franco's Fashion, Inc.* | 23 Civ. 9355 | E.D.N.Y. | 12/19/2023 | Timothy Hernandez | Avenue 21: Men's Button-Downs White K01 Shirt | 11/24/2023 | 11/26/2023 |
| *Hernandez v. Hip Hop Closet, Inc.* | 23 Civ. 9003 | E.D.N.Y. | 12/7/2023 | Timothy Hernandez | The Black Deck Playing Cards by Sharif Muhammad | 11/26/2023 | 11/27/2023 |
| *Hernandez v. Red Hook Tavern, LLC* | 23 Civ. 9368 | E.D.N.Y. | 12/20/2023 | Timothy Hernandez | Restaurant Visit | 11/27/2023 | 12/4/2023 |
| *Hernandez v. Makie Marketing, Inc.* | 23 Civ. 9535 | E.D.N.Y. | 12/28/2023 | Timothy Hernandez | Cashmere Polka Dot Scarf | 11/27/2023 | 12/4/2023 |
| *Hernandez v. Nick's Live Lobsters, Inc.* | 23 Civ. 9354 | E.D.N.Y. | 12/19/2023 | Timothy Hernandez | Restaurant Visit | 12/4/2023 | 12/6/2023 |
| *Hernandez v. Savvy Bistro and Bar, Inc.* | 23 Civ. 9356 | E.D.N.Y. | 12/19/2023 | Timothy Hernandez | Restaurant Visit | 12/4/2023 | 12/6/2023 |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Hernandez v. Parched Hospitality Group, Inc.* | 24 Civ. 209 | E.D.N.Y. | 1/10/2024 | Timothy Hernandez | Restaurant Visit | 12/30/2023 | 1/1/2024 |
| *Hernandez v. Noho Hospitality, LLC* | 24 Civ. 694 | E.D.N.Y. | 1/31/2024 | Timothy Hernandez | Restaurant Visit | 12/30/2023 | 1/21/2024 |
| *Hernandez v. Dig Inn Restaurant Group, LLC* | 24 Civ. 2343 | E.D.N.Y. | 3/29/2024 | Timothy Hernandez | Restaurant Order | 2/29/2024 | |
| *Hernandez v. Brooklyn Denim Co., LLC* | 24 Civ. 2215 | E.D.N.Y. | 3/26/2024 | Timothy Hernandez | Jeans (Brooklyn Denim Co. Relaxed Fit) | 3/21/2024 | |
| *Hernandez v. Greenlight Bookstore, LLC* | 24 Civ. 2210 | E.D.N.Y. | 3/26/2024 | Timothy Hernandez | Audiobook for "The Time Machine" | 3/21/2024 | |
| *Hernandez v. Kahala Franchising, LLC* | 24 Civ. 2211 | E.D.N.Y. | 3/26/2024 | Timothy Hernandez | Restaurant Order | 3/21/2024 | |
| *Hernandez v. Kith Retail, LLC* | 24 Civ. 2212 | E.D.N.Y. | 3/26/2024 | Timothy Hernandez | Auralee Heavy Bd Sweat Zip Parka | 3/21/2024 | |
| *Hernandez v. Top Gun Intellectual Properties, LLC* | 24 Civ. 2213 | E.D.N.Y. | 3/26/2024 | Timothy Hernandez | Top Gun Men's Zip-Up Hoodie) | 3/21/2024 | |
| *Hernandez v. The Children's Place, Inc.* | 24 Civ. 2417 | E.D.N.Y. | 4/1/2024 | Timothy Hernandez | Children's Jacket | 3/26/2024 | |
| *Hernandez v. The Finish Line, Inc.* | 24 Civ. 2421 | E.D.N.Y. | 4/1/2024 | Timothy Hernandez | Sweatpants | 3/26/2024 | |
| *Hernandez v. Tilit NYC, Inc.* | 24 Civ. 2416 | E.D.N.Y. | 4/1/2024 | Timothy Hernandez | Hat (Over Easy Watch Cap) | 3/26/2024 | |
| *Hernandez v. Tapestry, Inc.* | 24 Civ. 3564 | E.D.N.Y. | 5/16/2024 | Timothy Hernandez | Bag (Ethan Brief in Signature Canvas) | 4/2/2024 | |
| *Hernandez v. Tumi, Inc.* | 24 Civ. 3563 | E.D.N.Y. | 5/16/2024 | Timothy Hernandez | Bag (Sadler Brief) | 4/2/2024 | |
| *Hernandez v. UNIQLO USA, LLC* | 24 Civ. 3565 | E.D.N.Y. | 5/16/2024 | Timothy Hernandez | Round Mini Shoulder Bag | 4/2/2024 | |
| *Hernandez v. East Village Hats, Inc.* | 24 Civ. 3567 | E.D.N.Y. | 5/16/2024 | Timothy Hernandez | Don Wrong Classic Fedora in Navy | 5/2/2024 | |
| *Hernandez v. Peter Manning, LLC* | 24 Civ. 3568 | E.D.N.Y. | 5/16/2024 | Timothy Hernandez | Pants (Premium Italian Denim Standard Fit) | 5/2/2024 | |
| *Hernandez v. The Citizenry, Inc.* | 24 Civ. 3569 | E.D.N.Y. | 5/16/2024 | Timothy Hernandez | Stonewashed Linen Sheet Set | 5/2/2024 | |
| *Hernandez v. Female Form, LLC* | 24 Civ. 4603 | E.D.N.Y. | 6/28/2024 | Timothy Hernandez | Ci Siamo Leather Jacket | 6/5/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Hernandez v. Genesis Motor America, LLC* | 24 Civ. 4604 | E.D.N.Y. | 6/28/2024 | Timothy Hernandez | Restaurant Reservation | 6/5/2024 | |
| *Hernandez v. USHG, LLC* | 24 Civ. 4605 | E.D.N.Y. | 6/28/2024 | Timothy Hernandez | Restaurant Reservation | 6/5/2024 | |
| *Hernandez v. Birth of The Cool, LLC* | 24 Civ. 4866 | E.D.N.Y. | 7/12/2024 | Timothy Hernandez | Restaurant Reservation | 6/5/2024 | |
| *Hernandez v. Major Food Group, LLC* | 24 Civ. 4867 | E.D.N.Y. | 7/12/2024 | Timothy Hernandez | Restaurant Reservation | 6/5/2024 | |
| *Hernandez v. Patina Restaurant Group, LLC* | 24 Civ. 4868 | E.D.N.Y. | 7/12/2024 | Timothy Hernandez | Restaurant Reservation | 6/5/2024 | |
| *Hernandez v. Cleo Holdings, Inc.* | 24 Civ. 5352 | E.D.N.Y. | 7/31/2024 | Timothy Hernandez | Crocodile Snug Fit Short Sleeves and Short Pajama Set | 6/12/2024 | |
| *Hernandez v. Janie and Jack, LLC* | 24 Civ. 5354 | E.D.N.Y. | 7/31/2024 | Timothy Hernandez | Good Night Short Sleeve Pajama in Airplane Adventure | 6/12/2024 | |
| *Hernandez v. Thuy Diep, LLC* | 24 Civ. 5353 | E.D.N.Y. | 7/31/2024 | Timothy Hernandez | Baby Clothing Set (Casita Collection: Laura 2-Piece Lounge Set Lavender Florals) | 6/12/2024 | |
| *Hernandez v. BBBY Acquisition Co., LLC* | 24 Civ. 5866 | E.D.N.Y. | 8/22/2024 | Timothy Hernandez | Baby Car Seat (Chicco Solar Activ3 Jogging Travel System Stroller) | 6/12/2024 | |
| *Hernandez v. Albee Baby Carriage Co., Inc.* | 24 Civ. 5350 | E.D.N.Y. | 7/31/2024 | Timothy Hernandez | Baby Car Seat (Maxi-Cosi Mico XP Max Infant Car Seat - Urban Wonder) | 6/20/2024 | |
| *Hernandez v. Bob's Discount Furniture, LLC* | 24 Civ. 5348 | E.D.N.Y. | 7/31/2024 | Timothy Hernandez | Chadwick White 4 Drawer Chest | 6/20/2024 | |
| *Hernandez v. Fao Roc Holdings, LLC* | 24 Civ. 5349 | E.D.N.Y. | 7/31/2024 | Timothy Hernandez | Activity Walker (Le Toy Van Brand) | 6/20/2024 | |
| *Hernandez v. Modern Furniture, Inc.* | 24 Civ. 7630 | E.D.N.Y. | 10/31/2024 | Timothy Hernandez | Olimpia Platform Bed | 6/25/2024 | |
| *Hernandez v. Mattress Firm, Inc.* | 25 Civ. 1092 | E.D.N.Y. | 2/26/2025 | Timothy Hernandez | Mattress (Sleepy's By Sealy Medium Euro Top Mattress) | 6/25/2024 | |
| *Hernandez v. Purple Innovation, LLC* | 25 Civ. 1093 | E.D.N.Y. | 2/26/2025 | Timothy Hernandez | Mattress (Purple Mattress Twin) | 6/25/2024 | |
| *Hernandez v. Craigs Beds, Inc.* | 25 Civ. 1767 | E.D.N.Y. | 3/31/2025 | Timothy Hernandez | Printed Sheets | 6/25/2024 | |
| *Hernandez v. The Sleep Loft, LLC* | 25 Civ. 1766 | E.D.N.Y. | 3/31/2025 | Timothy Hernandez | Mattress (Plank Firm Luxe by Brooklyn Bedding) | 6/25/2024 | |

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Hernandez v. Nazmiyal & Sons, Inc.* | 24 Civ. 6108 | E.D.N.Y. | 8/30/2024 | Timothy Hernandez | Rug & Kilim Distressed Style Abstract Rug in Green and Blue | 7/2/2024 | |
| *Hernandez v. Nordic Knots, Inc.* | 24 Civ. 6924 | E.D.N.Y. | 10/1/2024 | Timothy Hernandez | Grand-Leo Rug | 7/2/2024 | |
| *Hernandez v. The Rug Company, LTD.* | 24 Civ. 6923 | E.D.N.Y. | 10/1/2024 | Timothy Hernandez | Deep Pile Merino Natural Rug | 7/2/2024 | |
| *Hernandez v. Carpet Culture Rug Gallery, Inc.* | 24 Civ. 8182 | E.D.N.Y. | 11/25/2024 | Timothy Hernandez | Tribal Afghani Baluchi Rug | 7/2/2024 | |
| *Hernandez v. TRNK New York, Inc.* | 24 Civ. 8181 | E.D.N.Y. | 11/25/2024 | Timothy Hernandez | Polygonal 03 Area Rug | 7/2/2024 | |
| *Hernandez v. Jensen-Lewis East, Inc.* | 24 Civ. 6105 | E.D.N.Y. | 8/30/2024 | Timothy Hernandez | Rome Recliner | 7/9/2024 | |
| *Hernandez v. Millerknoll, Inc.* | 24 Civ. 6106 | E.D.N.Y. | 8/30/2024 | Timothy Hernandez | Eames Lounge Chair and Ottoman | 7/9/2024 | |
| *Hernandez v. Asphalt NY, LLC* | 25 Civ. 1094 | E.D.N.Y. | 2/26/2025 | Timothy Hernandez | Jeans (Art Meets Chaos) | 9/24/2024 | |
| *Hernandez v. Olde Good Things, Inc.* | 25 Civ. 1095 | E.D.N.Y. | 2/26/2025 | Timothy Hernandez | Vintage Cabinet Knobs | 10/1/2024 | |
| *Hernandez v. Happy Socks North America, Inc.* | 25 Civ. 1761 | E.D.N.Y. | 3/31/2025 | Timothy Hernandez | Kids' Socks (Kids Leaves Sock) | 10/7/2024 | |
| *Hernandez v. Safavieh Intl, Inc.* | 25 Civ. 1760 | E.D.N.Y. | 3/31/2025 | Timothy Hernandez | Yosi Bed King Antonio Charcoal | 10/7/2024 | |
| *Hernandez v. Sunrise Brands, LLC* | 25 Civ. 1765 | E.D.N.Y. | 3/31/2025 | Timothy Hernandez | Zip Up Hoodie | 10/7/2024 | |
| *Hernandez v. The Blind Barber, LLC* | 25 Civ. 1764 | E.D.N.Y. | 3/31/2025 | Timothy Hernandez | Hair Pomade "90 proof" | 10/7/2024 | |
| *Hernandez v. J L and Company Limited* | 24 Civ. 8183 | E.D.N.Y. | 11/25/2024 | Timothy Hernandez | Freddi Boots | 10/9/2024 | |
| *Hernandez v. Miansai, Inc.* | 24 Civ. 8185 | E.D.N.Y. | 11/25/2024 | Timothy Hernandez | Annex Chain Necklace | 10/9/2024 | |
| *Hernandez v. Olfactory NYC, Inc.* | 24 Civ. 8184 | E.D.N.Y. | 11/25/2024 | Timothy Hernandez | Custom Body Lotion | 10/9/2024 | |
| *Hernandez v. Claire's Stores, Inc.* | 25 Civ. 637 | E.D.N.Y. | 2/5/2025 | Timothy Hernandez | Children's Hair Accessories | 11/18/2024 | |
| *Hernandez v. Ross Metals Corporation* | 25 Civ. 638 | E.D.N.Y. | 2/5/2025 | Timothy Hernandez | Jewelry (Finished Curb Necklace in 10k Yellow Gold) | 11/18/2024 | |

23

| Case Name | Docket Number | District | Filing Date | Plaintiff | Attempted Purchase or Transaction | Attempted Purchase Date 1 | Attempted Purchase Date 2 |
|---|---|---|---|---|---|---|---|
| *Hernandez v. Think Coffee, LLC* | 25 Civ. 639 | E.D.N.Y. | 2/5/2025 | Timothy Hernandez | Coffee (Lorimer Blend) | 11/18/2024 | |
| *Hernandez v. Bonpoint USA, Inc.* | 25 Civ. 641 | E.D.N.Y. | 2/5/2025 | Timothy Hernandez | Children's Clothing (Den Set in Cotton and Wool) | 11/20/2024 | |
| *Hernandez v. Smoochie Baby, Inc.* | 25 Civ. 640 | E.D.N.Y. | 2/5/2025 | Timothy Hernandez | Molo Hayden Green Shades Coat | 11/20/2024 | |