

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 25, 2025

**<u>Via CM/ECF</u>**
The Honorable John P. Cronan
United States District Court
Southern District of New York

RE:     *Fernandez v. Buffalo Jackson Trading Co., LLC*
          <u>Case No.: 1:24-cv-04878-JPC</u>

Dear Judge Cronan:

    Pursuant to the Order entered on April 21, 2025, directing the parties to file a joint letter by April 25, 2025, the parties submit the within letter.

    The parties do hereby indicate that they have reached an agreement regarding the scope and timing of jurisdictional discovery.

    We thank the Court for its kind consideration and courtesies.

                                            Respectfully Submitted,

                                          <u>*/s/ Rami M. Salim*</u>
                                          By:  Rami M. Salim, Esq.