UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

                                                  Civil Action No:
                                                  1:24-cv-04878

                       Plaintiff,

-v.-

BUFFALO JACKSON TRADING CO., LLC.

                       Defendants.
------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Buffalo Jackson Trading Co., LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 12, 2025

| For Plaintiff Felipe Fernandez | For Defendant Buffalo Jackson Trading Co., LLC |
|---|---|
| *(signature)* | *(signature)* |
| Rami Salim, Esq. | Martin S. Krezalek, Esq. |
| Stein Saks, PLLC | Blank Rome |
| One University Plaza | 1271 Avenue of the Americas |
| Hackensack, NJ 07601 | New York, NY 10020 |
| Ph: (201) 282-6500 | Ph: (212) 885-5130 |
| rsalim@steinsakslegal.com | Martin.krezalek@blankrome.com |

1

## CERTIFICATE OF SERVICE

I certify that on May 12, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Rami Salim*
                                        Rami Salim
                                        **Stein Saks, PLLC**
                                        *Attorneys for Plaintiff*